The following exclusions are **added** to Paragraph 2., Exclusions of COVERAGE A. Bodily Injury and Property Damage Liability (SECTION I - COVERAGES):

## EXCLUSION - OVERSPRAY OR SPILLAGE

This insurance does not apply to "property damage" caused by spraying, spillage, leakage or any form of application of hot tar, paint, foam or other liquefied substances.

S029 (02/95)

## ROOFING OPERATIONS CONDITONAL EXCLUSION

This insurance does not apply to "property damage" for roofing operations conducted by you unless the following conditions are met:

(1) You have taken "appropriate" steps to determine any approaching adverse weather;

(2) You have taken "appropriate" steps to provide a temporary cover for an "open roof", able to withstand the normal elements; and

(3) The cover must be put in place if the roof is to be left unattended for more than four hours.

The following definitions are **added** to DEFINITIONS (SECTION V):

"Appropriate" means conduct or action customarily taken or used by contractors in the same field to protect or prevent damage under similar circumstances.

"Open roof" means any roof or section where the protective covering (shingles, tar, felt paper, etc.) has been removed leaving exposed the underlying materials, structure shell or structure interior.

S047 (04/97)

## DEMOLITION AND BUILDING WRECKING CONDITIONAL EXCLUSION

This insurance does not apply to "bodily injury" or "property damage" for demolition or wrecking of buildings or structures conducted by you unless coverage was purchased for Wrecking - buildings or structures and designated on the Declarations.

The following additional exclusions apply to demolition or wrecking operations:

This insurance does not apply to "bodily injury" or "property damage":

(1) Arising out of the use of cranes, ball and chain, or similar apparatus;

(2) Arising out of the demolition or wrecking of any building or structure which has an original height in excess of three stories;

This insurance does not apply to "property damage":

(1) Of any abutting wall, adjoining wall, common or party wall; or

(2) Included within the "explosion hazard", the "collapse hazard" or the "underground property damage hazard" unless coverage is purchased and entered as a covered hazard in the Declarations.

The following definitions are **added** to DEFINITIONS (SECTION V):

"Explosion hazard" includes "property damage" arising out of blasting or explosion. The "explosion hazard" does not include "property damage" arising out of the explosion of air or steam vessels, piping under pressure, prime movers, machinery or power transmitting equipment.

"Collapse hazard" includes "structural property damage" and any resulting "property damage" to any other property at any time.

"Structural property damage" means the collapse of or structural injury to any building or structure due to:

(1) Grading of land, excavating, burrowing, filling, back-filling, tunneling, pile driving, cofferdam work or caisson work; or

(2) Moving, shoring, underpinning, raising or demolition of any building or structure or removal or rebuilding of any structural support of that building or structure.

"Underground property damage hazard" includes "underground property damage" and any resulting "property damage" to any other property at any time.

"Underground property damage" means property damage to wires, conduits, pipes, mains, sewers, tanks, tunnels, any similar property, and any apparatus used with them beneath the surface of the ground or water, caused by and occurring during the use of mechanical equipment for the purpose of grading land, paving, excavating, drilling, burrowing, filling, back-filling or pile driving.

S 008 (04/97)

All other terms and conditions of this policy remain unchanged.

Exhibit _____

Page __38__ of __73__ Pages

**GREAT DIVIDE INSURANCE COMPANY**

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## AMENDATORY ENDORSEMENT - EMPLOYEE EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Exclusion **e. Employer's Liability** of COVERAGE A. Bodily Injury and Property Damage Liability (Section I - Coverages) is **replaced** by the following:

    **e.**  Employer's Liability

       "Bodily injury" to:

       **(1)** An "employee" of the insured arising out of and in the course of:

          **(a)** Employment by the insured; or

          **(b)** Performing duties related to the conduct of the insured's business; or

       **(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

       This exclusion applies:

       **(1)** Whether the insured may be liable as an employer or in any other capacity; and

       **(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

As respects this endorsement only, the definition of "Employee" in DEFINITIONS (Section V) is **replaced** by the following:

       **"Employee"** shall include, but is not limited to, any person or persons hired by, loaned to, leased to, contracted for,  or volunteering services to the insured, whether or not paid by the insured.

All other terms and conditions of this Policy remain unchanged.

S127  (06/00)

Exhibit ___1___

Page __39__ of __73__ Pages

**GREAT DIVIDE INSURANCE COMPANY**

LIABILITY ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CONTRACTORS SUBCONTRACTED WORK CONDITIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

The following is added to the Premium Audit Condition under CONDITIONS (SECTION IV):

You will obtain Certificates of Insurance from all contractors or subcontractors you hire providing evidence of insurance including Commercial General Liability, Workers Compensation and Employers Liability.

If upon an audit of your books and records, it is verified that operations were performed by contractors or subcontractors you hired without Comprehensive General Liability Insurance, such uninsured contractors or subcontractors will be classified and rated under the specific classification description for each operation. The premium base used for rating each specific classification will be the total cost of work performed for you, less the cost of materials included in that figure. Such cost of work will be considered as payroll and the premium will be computed in accordance with our rates and rules in effect at the time the policy was issued. It is the insured's responsibility for payment of any additional premium due. This coverage only applies to work performed for you by such uninsured contractors or subcontractors and in no way extends defense and/or coverage under this policy to the contractors or subcontractors you hired.

All other terms and conditions of this policy remain unchanged.

S 133 (06/02)

Exhibit ____1____
Page __40__ of __73__ Pages

## GREAT DIVIDE INSURANCE COMPANY

ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ALASKA CHANGES — ATTORNEY FEES

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESSOWNERS POLICY
COMMERCIAL AUTO FORM
COMMERCIAL CRIME FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE FORM
GARAGE COVERAGE FORM

In any suit in Alaska in which we have a right or duty to defend an insured in addition to the limits of liability, our obligation under the applicable coverage to pay attorneys fees taxable as costs against the insured is limited as follows:

Alaska Rule of Civil Procedure 82 provides that if you are held liable, some or all of the attorney fees of the person making a claim against you must be paid by you. The amount that must be paid by you is determined by Alaska Rule of Civil Procedure 82. We provide coverage for attorney fees for which you are liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:

We will not pay that portion of any attorney's fees that is in excess of fees calculated by applying the schedule contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.

This limitation means the potential costs that may be awarded against you as attorney fees may not be covered in full. You will have to pay any attorneys fees not covered directly.

For example, the attorney fees provided by the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) are:

20% of the first $25,000 of a judgement;

10% of the amounts over $25,000 of a judgement.

Therefore, if a court awards a judgement against you in the amount of $125,000, in addition to that amount you would be liable under Alaska Rule of Civil Procedure 82(b)(1) for attorney fees of $15,000, calculated as follows:

| | |
|---|---|
| 20% of $ 25,000 | $ 5,000 |
| 10% of $100,000 | $10,000 |
| Total Award $125,000 | Total Attorney Fees $15,000 |

If the limit of liability of the applicable coverage is $100,000, we would pay $100,000 of the $125,000 award, and $12,500 for Alaska Rule of Civil Procedure 82(b)(1) attorney fees, calculated as follows:

| | |
|---|---|
| 20% of $ 25,000 | $ 5,000 |
| 10% of $ 75,000 | $ 7,500 |
| Total Limit of Liability $100,000 | Total Attorney Fees Covered $12,500 |

You would be liable to pay, directly and without our assistance, the remaining of $25,000 in liability plus the remaining $2,500 for attorney fees under Alaska Rule of Civil Procedure 82 not covered by this policy.

S113 AK (03/98)

Exhibit ___1___
Page ___41___ of ___73___ Pages

IL 02 80 12 01

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ALASKA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
BUSINESSOWNERS POLICY
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

A. The **Cancellation** Common Policy Condition is replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing to us advance written notice of cancellation.

2. We may cancel this policy by mailing to you and the agent or broker of record written notice of cancellation. Such notice, stating the reason for cancellation, must be sent by first class mail at least:

   a. 10 days before the effective date of cancellation if we cancel for:

      (1) Conviction of the insured of a crime having as one of its necessary elements an act increasing a hazard insured against, or

      (2) Fraud or material misrepresentation by the insured or a representative of the insured in obtaining the insurance or by the insured in pursuing a claim under this policy; or

   b. 20 days before the effective date of cancellation if we cancel for:

      (1) Nonpayment of premium, or

      (2) Failure or refusal of the insured to provide the information necessary to confirm exposure or determine the policy premium; or

   c. 60 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail our notice to your last known address and the last known address of the agent or broker of record.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. A post office certificate of mailing or certified mail receipt will be sufficient proof of mailing of notice.

6. If this policy is cancelled, we will return any premium refund due to the agent or broker of record, or directly to the first Named Insured, or, if applicable, to the premium finance company. If:

   a. We cancel, the refund will be the pro rata unearned premium. The refund will be returned or credited before the effective date of cancellation. However, if cancellation is for:

      (1) Nonpayment of premium;

      (2) Conviction of the insured of a crime having as one of its necessary elements an act increasing a hazard insured against;

Exhibit ____1____

Page __42__ of __73__ Pages

© ISO Properties, Inc., 2001       □

(3) Discovery of fraud or material misrepresentation made by the insured or a representative of the insured in obtaining the insurance or by the insured in pursuing a claim under the policy;

(4) Failure or refusal of the insured to provide the information necessary to confirm exposure or necessary to determine the policy premium; or

(5) A reason described in AS Sec. 21.36.210(a)(2);

any unearned premium shall be returned or credited within 45 days after the cancellation notice is given; or

b. The first Named Insured cancels, the refund:

(1) Will be the pro rata unearned premium minus a cancellation fee of 7.5% of the pro rata unearned premium. However, we will not retain this cancellation fee if this policy is cancelled:

(a) And rewritten with us or in our company group;

(b) At our request;

(c) Because you no longer have a financial or insurable interest in the property or business operation that is the subject of this insurance; or

(d) After the first year for a prepaid policy written for a term of more than one year; or

(2) Will be returned or credited:

(a) By the effective date of cancellation; or

(b) Within 45 days of your request to cancel;

whichever is later.

If the policy is selected for audit, we will complete the audit within 45 days of receipt of the request for cancellation. The refund will be returned within 45 days of completion of an audit, or the effective date of cancellation, whichever is later.

B. The following is added and supersedes any provision to the contrary:

**NONRENEWAL**

1. If we decide not to renew this policy, we will mail written notice of nonrenewal, by first class mail, to you and the agent or broker of record at least 45 days before:

a. The expiration date; or

b. The anniversary date if this policy has been written for more than one year or with no fixed expiration date.

2. We need not mail notice of nonrenewal if:

a. We have manifested in good faith our willingness to renew; or

b. The first Named Insured has failed to pay any premium required for this policy; or

c. The first Named Insured fails to pay the premium required for renewal of this policy.

3. Any notice of nonrenewal will be mailed to your last known address and the last known address of the agent or broker of record. A post office certificate of mailing or certified mail receipt will be sufficient proof of mailing of notice.

C. The following Condition is added:

**NOTICE OF PREMIUM OR COVERAGE CHANGES ON RENEWAL**

If the premium to renew this policy increases more than 10% for a reason other than an increase in coverage or exposure basis, or if after the renewal there will be a material restriction or reduction in coverage not specifically requested by the insured, we will mail written notice to your last known address and the last known address of the agent or broker of record at least 45 days before:

1. The expiration date; or

2. The anniversary date if this policy has been written for more than one year or with no fixed expiration date.

Exhibit ____1____
Page __43__ of __73__ Pages

© ISO Properties, Inc., 2001    IL 02 80 12 01    ☐

COMMERCIAL GENERAL LIABILITY
CG 26 70 10 01

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ALASKA CHANGES – DEFINITION OF METATAG

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following is added to **Section V – Definitions:**

"Metatag" means hidden or embedded text or code that is not seen by persons viewing the web site, but that operates to attract search engines to that site.

B. Exclusion I. under Paragraph **2.** of **Section I – Coverage B – Personal And Advertising Injury** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**I. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or "metatag", or any other similar tactics to mislead another's potential customers.

Exhibit ___I___
Page ___44___ of ___73___ Pages

COMMERCIAL GENERAL LIABILITY
CG 26 76 01 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WAR OR TERRORISM EXCLUSION – ALASKA

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **i.** under Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**i. War Or Terrorism**

"Bodily injury" or "property damage" arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war; or

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

**(4)** "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism";

regardless of any other cause or event that contributes concurrently or in any sequence to the injury or damage. If "bodily injury" or "property damage" is caused by a chain of events, and the dominant cause of such "bodily injury" or "property damage" is not otherwise excluded, we will not deny coverage on the basis that a secondary cause of the "bodily injury" or "property damage" is excluded under this insurance.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

**(1)** The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**(2)** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

**(a)** Physical injury that involves a substantial risk of death; or

**(b)** Protracted and obvious physical disfigurement; or

**(c)** Protracted loss of or impairment of the function of a bodily member or organ; or

**(3)** The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**(4)** The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**(5)** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Exhibit ____I____
Page __45__ of __73__ Pages

Paragraphs (1) and (2), immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

B. The following exclusion is added to Paragraph **2.,** Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**War Or Terrorism**

"Personal and advertising injury" arising, directly or indirectly, out of:

(1) War, including undeclared or civil war; or

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these; or

(4) "Terrorism", including any action taken in hindering or defending against an actual or expected incident of "terrorism";

regardless of any other cause or event that contributes concurrently or in any sequence to the injury. If "personal and advertising injury" is caused by a chain of events, and the dominant cause of such "personal and advertising injury" is not otherwise excluded, we will not deny coverage on the basis that a secondary cause of the "personal and advertising injury" is excluded under this insurance.

However, with respect to "terrorism", this exclusion only applies if one or more of the following are attributable to an incident of "terrorism":

(1) The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

(2) Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

(a) Physical injury that involves a substantial risk of death; or

(b) Protracted and obvious physical disfigurement; or

(c) Protracted loss of or impairment of the function of a bodily member or organ; or

(3) The "terrorism" involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

(4) The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

(5) Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials.

Paragraphs (1) and (2), immediately preceding, describe the thresholds used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether the Terrorism Exclusion will apply to that incident. When the Terrorism Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

Exhibit _____I_____

Page __46__ of __73__ Pages

© ISO Properties, Inc., 2002

In the event of any incident of "terrorism" that is not subject to the Terrorism Exclusion, coverage does not apply to any loss or damage that is otherwise excluded under this Coverage Part.

Multiple incidents of "terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. Exclusion **h.** under Paragraph **2., Exclusions** of **Section I – Coverage C – Medical Payments** does not apply.

D. The following definition is added to the **Definitions** Section:

"Terrorism" means activities against persons, organizations or property of any nature:

1. That involve the following or preparation for the following:

   a. Use or threat of force or violence; or

   b. Commission or threat of a dangerous act; or

   c. Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

2. When one or both of the following applies:

   a. The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

   b. It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

Exhibit ___1___
Page __47__ of __73__ Pages

## GREAT DIVIDE INSURANCE COMPANY

**LIABILITY ENDORSEMENT**

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ALASKA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS COVERAGE PART

The following is added to this Coverage Part or Policy and supercedes any provision to the contrary:

If "bodily injury" or "property damage" is caused by a chain of events, and the dominant cause of such "bodily injury" or "property damage" is not otherwise excluded, we will not deny coverage on the basis that a secondary cause of the "bodily injury" or "property damage" is excluded under this insurance.


All other terms and conditions of this policy remain unchanged.

Exhibit  1
Page  48  of  73  Pages

S 244 (07/02)    Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**COMMERCIAL LINES POLICY**
**COMMON POLICY RENEWAL DECLARATIONS**

# GREAT DIVIDE INSURANCE COMPANY

Scottsdale, Arizona

**Named Insured and Mailing Address**
(No., Street, Town or City, County, State, Zip Code)

TIM SONNENBERG
DBA TS CONSTRUCTION, INC
PO BOX 82623
FAIRBANKS          AK   99708 -

THIS RENEWS
POLICY NUMBER: **GC258644-01**

**Agent and Mailing Address**        Agency No. __5401 - 00__
(No., Street, Town or City, County, State, Zip Code)

The Insurance Center
2525 GAMBELL STREET, SUITE 305
ANCHORAGE, AK 99503

Policy Period:     From     05/20/2004     to     05/20/2005     at 12:01 A.M. Standard Time
at your mailing address shown above.

Business Description: SPECIALTY CONTRACTOR                              Tax State __AK__

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE WITH YOU TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  | PREMIUM |
|---|---|
| Commercial General Liability Coverage Part | $    5,769.00 |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
|  | $ |
| TOTAL ADVANCE PREMIUM | $    5,769.00 |

Tax & Fee Schedule
POLICY FEE                    $ 250.00

TOTAL TAXES & FEES   $    250.00

TOTAL   $    6,019.00

The following changes apply to the renewal of this policy (if no entry appears below, there have been no changes):

☐ Policy forms deleted:

☒ Policy forms added:     SEE FORM     S902 (12/98)

☒ Policy forms amended:  SEE FORM     S902 (12/98)

All other Terms, Conditions, Forms and Endorsements remain unchanged.

Exhibit ___1___
By _____        Page __49__ of __73__ Pages
Countersignature or Authorized Representative, whichever is applicable

Countersigned:  Anchorage, AK
                06/22/2004     BRANDY

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE
FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY
Includes copyrighted material of Insurance Services Office, Inc. with its permission. Copyright, Insurance Services Office, Inc., 1983, 1984

GS939 (08/02)                    HOME OFFICE

**GREAT DIVIDE INSURANCE COMPANY**

Policy Number: **GC258644-01**

Insured: TIM SONNENBERG
        DBA TS CONSTRUCTION, INC

## SCHEDULE OF FORMS AND ENDORSEMENTS

| | | |
|---|---|---|
| GS944J | (01/02) | Great Divide Policy Jacket |
| IL0017 | (11/98) | Common Policy Conditions |
| IL0021 | (04/98) | Nuclear Energy Liab Excl Endt |
| S013 | (12/00) | Minimum Earned Premium Endt |
| S157 | (07/99) | Important Notice Policyholder |
| S150 | (07/03) | CGL Coverage Part Declarations |
| S170 | (06/03) | CGL Coverage Part Dec Extension |
| CG0001 | (10/01) | CGL Coverage Form |
| CG2160 | (09/98) | Excl-Y2K Computer-Other Related |
| S002 | (04/97) | Contractual Liability Limitation |
| S006 | (04/99) | Excl - Classification Limitation |
| S012 | (04/99) | Excl - Independent Contractors |
| S022 | (04/97) | Ded Liab Ins - Incl Cost & Exp |
| S038 | (02/95) | Amendment of Liquor Liab Excl |
| S050 | (04/99) | Exclusion - Voluntary Labor |
| S051 | (09/00) | Additional Exclusions & Conds |
| S058 | (06/02) | Contractors Special Conditions |
| S127 | (06/00) | Amendatory Endt - Employee Excl |
| S133 | (06/02) | Contractors Subcontrct Work Cond |
| S113AK | (03/98) | AK Changes - Attorney Fees |
| IL0280 | (12/01) | AK Cancel/Nonrenewal |
| S001AK | (11/02) | Amendment of Prem Conditions |
| S244 | (07/02) | AK Changes |
| CG2670 | (10/01) | AK Chngs Def of Metatag |
| CG2676 | (01/02) | War or Terrorism Excl-AK |

All Other Forms and Endorsements of this Policy Remain Unchanged.

S902 (12/98) Page 1 of 2

Exhibit __1__
Page __50__ of __73__ Pages

## GREAT DIVIDE INSURANCE COMPANY
# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

POLICY NUMBER: GC258644-01
[X] Extension of Declarations is attached.     Effective Date: 05/20/2004   12:01 A.M. Standard Time

| LIMITS OF INSURANCE | ☐ If box is checked, refer to form S132 for Limits of Insurance. | |
| --- | --- | --- |
| General Aggregate Limit (Other Than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any One Person Or Organization |
| Each Occurrence Limit | $ 1,000,000 | |
| Damage To Premises Rented To You Limit | $ 100,000 | Any One Premises |
| Medical Expense Limit | $ 5,000 | Any One Person |

**RETROACTIVE DATE (CG 00 02 ONLY)**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" which occurs before the Retroactive Date, if any, shown here: _____ (Enter Date or "NONE" if no Retroactive Date applies)

**BUSINESS DESCRIPTION AND LOCATION OF PREMISES**

BUSINESS DESCRIPTION: SPECIALTY CONTRACTOR
LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY:   ☐ Location address is same as mailing address.
1. 707 B WILLIAMS GATE                    FAIRBANKS                AK 99701-
2.                                                                           -
Additional locations (if any) will be shown on form S170.
LOCATION OF JOB SITE (If Designated Projects are to be Scheduled):
                                                                           -
                                                                           -

| CODE # - | CLASSIFICATION | * | PREMIUM BASIS | RATE PR/CO | RATE All Other | ADVANCE PREMIUM |
| --- | --- | --- | --- | --- | --- | --- |
| 91340 - | Carpentry - construction of residential property not exceeding 3 stories in height | P | 36,000 | 12.939 | | 466 |
| | | | | | 17.909 | 645 |
| 91342 - | Carpentry NOC | P | 33,600 | 7.887 | | 265 |
| | | | | | 25.566 | 859 |
| 91585 - | Contractors - subcontracted work - in connection with construction, reconstruction, repair or erection of buildings NOC | c | 30,000 | 4.316 | | |
| | | | | | .283 | 250 MP |
| 98304 - | Painting - exterior - buildings or structures - 3 stories or less in height - NOC | P | 38,400 | 3.335 | | 128 |
| | | | | | 25.379 | 975 |

* **PREMIUM BASIS SYMBOLS**   + = Products/Completed Operations are subject to the General Aggregate Limit
a = Area (per 1,000 sq. ft. of area)   o = Total Operating Expenses   s = Gross Sales (per $1,000 of Gross Sales)
c = Total Cost (per $1,000 of Payroll)   (per $1,000 Total Operating Expenditures)   t = See Classification
m = Admissions (per 1,000 Admissions)   p = Payroll (per $1,000 of Payroll)   u = Units (per unit)

|  | PREMIUM FOR THIS PAGE $ | 3,588 |
| --- | --- | --- |

**FORMS AND ENDORSEMENTS** (other than applicable Forms and Endorsements shown elsewhere in the policy)
Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:
**Refer to S902 Schedule of Forms and Endorsements**

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.
S150 (07/03)       Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright ISO Properties, Inc., 2000

# GREAT DIVIDE INSURANCE COMPANY

## COMMERCIAL GENERAL LIABILITY
## COVERAGE PART DECLARATIONS EXTENSION

POLICY NUMBER: GC258644-01                Effective Date: 05/20/2004      12:01 A.M. Standard Time

| LOCATION OF PREMISES |
|---|
| Location of All Premises You Own, Rent or Occupy:<br>SEB S150 (07/03) |

**PREMIUM**

| CODE # - | CLASSIFICATION | * | PREMIUM BASIS | RATE PR/CO | RATE All Other | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| 92338 - | Drywall or Wallboard Installation | P | 21,600 | 2.554 | | 55 |
| | | | | | 10.056 | 217 |
| 96816 - | Janitorial Services-INCLUDING<br>PRODUCTS/COMPLETED OPERATIONS | P+ | 48,000 | INCLUDED | | INCLUDED |
| | | | | | 23.960 | 1,150 |
| 94569 - | Floor covering installation - not ceramic tile<br>or stone | P | 38,400 | 4.069 | | 156 |
| | | | | | 15.707 | 603 |

☐ Additional page needed.                PREMIUM FOR THIS COVERAGE PART   $   5,769

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

S170 (06/03)

Exhibit _____
Page____52__of__73__Pages

Page 1 of 1

COMMERCIAL GENERAL LIABILITY
CG 21 60 09 98

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

a. Any actual or alleged failure, malfunction or inadequacy of:

(1) Any of the following, whether belonging to any insured or to others:

(a) Computer hardware, including microprocessors;

(b) Computer application software;

(c) Computer operating systems and related software;

(d) Computer networks;

(e) Microprocessors (computer chips) not part of any computer system; or

(f) Any other computerized or electronic equipment or components; or

(2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **2.a.(1)** of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

b. Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **2.a.** of this endorsement.

Exhibit ____I____

Page __53__ of _73_ Pages

Copyright, Insurance Services Office, Inc., 1998

## GREAT DIVIDE INSURANCE COMPANY

LIABILITY ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL EXCLUSIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## EXCLUSION - TOTAL POLLUTION

Exclusion **f.** under Paragraph **2., Exclusions** of **Section I - Coverage A - Bodily Injury and Property Damage Liability** is **replaced** by the following:

This insurance does not apply to:

f.  Pollution

   (1) "Bodily injury" or "property damage" which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

   (2) Any loss, cost or expense arising out of any:

      (a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants"; or

      (b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants."

CG 21 49 09 99          "Includes copyrighted material of Insurance Services Office, Inc. with its permission."
                              "Copyright, Insurance Services Office, Inc., 1998"

The following exclusions are **added** to Paragraph 2., Exclusions of COVERAGE (Section I - Coverages):

## EXCLUSION - EMPLOYMENT RELATED PRACTICES

This insurance does not apply to:

   "Bodily injury" or "personal and advertising injury" to:

   (1) A person arising out of any:

      (a) Refusal to employ that person;

      (b) Termination of that person's employment; or

      (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   (2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraph (a), (b), or (c) above is directed.

   This exclusion applies whether the insured may be held liable as an employer or in any other capacity and to any obligation to share damages with or to repay someone else who must pay damages because of the injury.

"Includes copyrighted material of Insurance Services Office, Inc. with its permission."
CG 21 47 07 98                      "Copyright, Insurance Services Office, Inc., 1993"

Exhibit _____1_____
Page__ 54 _of_ 73 _Pages

## EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES

This insurance does not apply to a claim of or indemnification for punitive or exemplary damages. If a "suit" shall have been brought against you for a claim within the coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then we will afford a defense for such action. We shall not have an obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.

S017 (01/98)

## EXCLUSION - ASBESTOS, SILICA DUST, TOXIC SUBSTANCES

This insurance does not apply to:

(1) "Bodily injury," "personal and advertising injury" or medical payments caused by asbestosis, silicosis, mesothelioma, emphysema, pneumoconiosis, pulmonary fibrosis, pleuritis, endothelioma or any lung disease or any ailment caused by, or aggravated by exposure, inhalation, consumption or absorption of asbestos fibers or dust or silica dust;

(2) Any "property damage" due to or arising out of the actual or alleged presence of asbestos or silica dust in any form, including the costs of remedial investigations or feasibility studies, or to the costs of testing, monitoring, cleaning or removal of any property or substance; or

(3) "Bodily injury," "property damage," "personal and advertising injury" or medical payments or any other action based upon Insured(s) supervision, removal, instructions, recommendations, warranties (expressed or implied), warnings or advice given, or withheld regarding asbestos fibers or dust or silica dust.

S049 (04/99)

# ADDITIONAL CONDITIONS

## NOTICE TO POLICYHOLDERS

This insurance does not provide coverage as required by Environmental Protection Agency (EPA) 40 CFR Parts 280 and 281 for underground storage tanks nor any coverage under CERCLA or similar State or Federal Environmental Act(s).

This policy Excludes all Coverage for Pollution.

S005 (02/95)

## LIMITATION - OTHER INSURANCE

Sub-Paragraph b. (1d) of CONDITION 4. Other Insurance, under COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV), providing Excess Insurance if the loss arises out of the maintenance or use of aircraft, "autos" or watercraft is **deleted**.

S073 (04/99)

All other Terms and Conditions of this Insurance remain unchanged.

Exhibit_____1_____
Page___55__ of __73__ Pages

S051 (09/00)                                                                                    Page 2 of 2

## GREAT DIVIDE INSURANCE COMPANY

ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ALASKA CHANGES - ATTORNEY FEES

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUSINESSOWNERS POLICY
COMMERCIAL AUTO FORM
COMMERCIAL CRIME FORM
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE FORM
COMMERCIAL PROPERTY COVERAGE FORM
GARAGE COVERAGE FORM

In any suit in Alaska in which we have a right or duty to defend an insured in addition to the limits of liability, our obligation under the applicable coverage to pay attorneys fees taxable as costs against the insured is limited as follows:

Alaska Rule of Civil Procedure 82 provides that if you are held liable, some or all of the attorney fees of the person making a claim against you must be paid by you. The amount that must be paid by you is determined by Alaska Rule of Civil Procedure 82. We provide coverage for attorney fees for which you are liable under Alaska Rule of Civil Procedure 82 subject to the following limitation:

**We will not pay that portion of any attorney's fees that is in excess of fees calculated by applying the schedule contested cases in Alaska Rule of Civil Procedure 82(b)(1) to the limit of liability of the applicable coverage.**

**This limitation means the potential costs that may be awarded against you as attorney fees may not be covered in full. You will have to pay any attorneys fees not covered directly.**

For example, the attorney fees provided by the schedule for contested cases in Alaska Rule of Civil Procedure 82(b)(1) are:

20% of the first $25,000 of a judgement;

10% of the amounts over $25,000 of a judgement.

Therefore, if a court awards a judgement against you in the amount of $125,000, in addition to that amount you would be liable under Alaska Rule of Civil Procedure 82(b)(1) for attorney fees of $15,000, calculated as follows:

| | |
|---|---|
| 20% of $ 25,000 | $ 5,000 |
| 10% of $100,000 | $10,000 |
| Total Award $125,000 | Total Attorney Fees $15,000 |

If the limit of liability of the applicable coverage is $100,000, we would pay $100,000 of the $125,000 award, and $12,500 for Alaska Rule of Civil Procedure 82(b)(1) attorney fees, calculated as follows:

| | |
|---|---|
| 20% of $ 25,000 | $ 5,000 |
| 10% of $ 75,000 | $ 7,500 |
| Total Limit of Liability $100,000 | Total Attorney Fees Covered $12,500 |

You would be liable to pay, directly and without our assistance, the remaining of $25,000 in liability plus the remaining $2,500 for attorney fees under Alaska Rule of Civil Procedure 82 not covered by this policy.

Exhibit 1
Page 56 of 73 Pages

S113 AK (03/98)

## GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC258644-01                                    LIABILITY ENDORSEMENT

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# AMENDMENT OF PREMIUM CONDITIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

The Premium Audit Condition under CONDITIONS (SECTION IV), is replaced by the following:

Premium Audit

a.  We will compute all premiums for this Coverage Part in accordance with our rules and rates.

The advance premium shown on the Declarations was computed based on rates in effect at the time the policy was issued.  On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

The rates for each classification shown on the Declarations are multiplied by the estimated premium bases of that classification for the term to determine the advance premium.  We may conduct an audit of the insured's books to determine the actual premium bases developed during the policy period.  The premium bases used are payroll, admissions, gross sales, total costs, area, each exposure unit or units and are defined in accordance with company rules and the following additional definitions:

(1) Payroll (premium basis symbol p): Remuneration paid to employees, including but not limited to:

(a) Money or substitutes for money; commissions; bonuses; overtime; payments to statutory insurance or pension plans; profit sharing or incentive plans; pay for holidays, vacation or sickness; and fees paid to employment agencies for temporary personnel provided to the insured.

(b) If your operations consist of a number of separate operations classified individually on the Declarations page, the payroll will be allocated to each classification where you have maintained records for each separate operation.  Any such operation for which separate records are not maintained by you shall be assigned to the highest rated classification.

(c) For premium computation purposes, the payroll of executive officers, individual insureds and co-partners is subject to a minimum annual payroll per person of:

| $ 29,000 |
|----------|

(If no entry is made, the minimum payroll as established by the company's rating rules will apply.)

The rates apply per $1,000 of Payroll.

(2) Admissions (premium basis symbol m): The total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admissions, tickets, complimentary tickets or passes.

The rates apply per 1,000 Admissions.

(3) Gross sales (premium basis symbol s): The gross amount charged by the named insured, concessionaires of the named insured or by others trading under the insured's name for:

(a) All goods or products, sold or distributed;

(b) Operations performed during the policy period; and

(c) Rentals; or

(d) Dues or fees.

The rates apply per $1,000 of Gross Sales.

S001 AK (11/02)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 1 of 2

Exhibit _____
Page ___5 7___ of ___73___ Pages

   (4) **Total Cost (premium basis symbol c):** The total cost of all work let or sublet in connection with each specific project including:
      (a) The cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work; or
      (b) All fees, bonuses or commissions made, paid or due.
      The rates apply per $1,000 of Total Cost.
   (5) **Area (premium basis symbol a):** The total number of square feet of floor space at the insured premises. The rates apply per 1,000 square feet of area.
   (6) **Each (premium basis symbol t):** This basis of premium involves units of exposure, and the quantity comprising each unit of exposure is indicated in the declarations page, such as "per person".
      The rates apply per each unit of exposure.
   (7) **Units (premium basis symbol u):** A single room or group of rooms intended for occupancy as separate living quarters by a family, by a group of unrelated persons living together, or by a person living alone.
      The rates apply per unit.
b. Premium shown in this Coverage Part as advance premium is a minimum and deposit premium when indicated as such in the declarations. At the close of each audit period (or part thereof terminating with the end of the policy period) we will compute the earned premium for that period. If the earned premium is greater than the advance premium paid, an audit premium is due. Audit premiums are due and payable on notice to the first Named Insured. Failure to pay the audit premium(s) due, will subject this policy to cancellation for non-payment of premium.

   If this policy indicates that the advance premium is a minimum premium and the total earned premium for the policy period is less than the advance premium, such "advance premium" is the minimum premium for the policy period indicated, and is not subject to further adjustment.
c. The first Named Insured must keep records of information we need for premium computation, and shall supply copies at such times as we may request, will be deemed a breach of condition and subject this policy to cancellation for breach of conditions.
d. We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

All other terms and conditions of this policy remain unchanged.

S001 AK (11/02)          Includes copyrighted material of Insurance Services Office, Inc., with its permission.          Page 2 of 2

Exhibit____1____

Page__58__ of __73__ Pages

# GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC258644

ENDORSEMENT # __01__

Named Insured: TIM SONNENGERG
      DBA TS CONSTRUCTION, INC

Agency # 05401 - 00

Endorsement Effective Date: 05/20/2003

4450 Cordova Street, Suite 100
Anchorage, AK 99503

## GENERAL CHANGE ENDORSEMENT

IN CONSIDERATION OF THE ADDITIONAL PREMIUM SHOWN BELOW, IT IS HEREBY UNDERSTOOD AND
AGREED THAT FORM S150 AND FORM S022 ARE AMENDED PER ATTACHED. IT IS FURTHER UNDERSTOOD
AND AGREED THAT FORM S170 IS ADDED.

| | |
|---|---|
| OLD ANNUAL PREMIUM | $4,528 |
| NEW ANNUAL PREMIUM | 6,179 |
| ADDITIONAL PREMIUM | $1,651 |

Tax & Fee Schedule            $

PREMIUM: ☐ None ☒ AP ☐ RP $    1,651.00

Total Taxes & Fees $

TOTAL PREMIUM DUE $    1,651.00

All other Terms and Conditions of the Policy remain unchanged.

S901 (01/97)     Anchorage, AK
            06/24/2003   BMM

Countersignature or Authorized Representative, whichever is applicable

Exhibit ____

Page __59__ of __73__ Pages

## GREAT DIVIDE INSURANCE COMPANY

## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

POLICY NUMBER: GC258644                     Effective Date: 05/20/2003      12:01 A.M. Standard Time

### LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products/Completed Operations) | $ 2,000,000 | |
| Products/Completed Operations Aggregate Limit | $ 2,000,000 | |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any One Person Or Organization |
| Each Occurrence Limit | $ 1,000,000 | |
| Damage To Premises Rented To You Limit | $ 100,000 | Any One Premises |
| Medical Expense Limit | $ 5,000 | Any One Person |

### BUSINESS DESCRIPTION AND LOCATION OF PREMISES

FORM OF BUSINESS: ☒ Individual  ☐ Joint Venture  ☐ Partnership  ☐ Organization (Other than Partnership or Joint Venture)

BUSINESS DESCRIPTION: SPECIALITY CONTRACTOR

LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY:
VARIOUS JOB SITES IN & AROUND FAIRBANKS, AK

LOCATION OF JOB SITE  (If Designated Projects are to be Scheduled):

| CODE # - | CLASSIFICATION | * | PREMIUM BASE | PR/CO | All Other | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| # 91340 - Carpentry - construction of residential property not exceeding three stories in height | | P | 36,000 | 11.452 | 22.515 | 412 <br> 811 |
| # 91342 - Carpentry NOC | | P | 33,600 | 8.491 | 31.909 | 285 <br> 1,072 |
| # 91585 - Contractors-sub work in connection with construction reconstruction, repair or erection of bldgs INCLUDING PRODUCTS/COMPLETED OPERATIONS | | P | 30,000 | INCLUDED | 4.190 | INCLUDED <br> 300  MP |
| # - | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| * PREMIUM BASE SYMBOLS | a = Area | (per 1,000 square feet of area) | c = | Total Cost | (per $1,000 Total Cost) |
| m = Admissions (per 1,000 Admissions) | p = Payroll | (per $1,000 of Payroll) | s = | Gross Sales | (per $1,000 Gross Sales) |
| t = See Classification | u = Units | (per unit) | | | |

PREMIUM FOR THIS COVERAGE PART     $     2,880

### FORMS AND ENDORSEMENTS    (other than applicable Forms and Endorsements shown elsewhere in the policy)

Forms and Endorsements applying to this Coverage Part and made part of this policy:

Refer to S902 (12/98) Schedule of Forms and Endorsements

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

## GREAT DIVIDE INSURANCE COMPANY
# COMMERCIAL GENERAL LIABILITY EXTENSION OF DECLARATIONS

POLICY NUMBER: GC258644      Effective Date: 05/20/2003      12:01 A.M. Standard Time

| LOCATION OF PREMISES |
|---|

Location of All Premises You Own, Rent or Occupy:

SEE S150

**PREMIUM**

| CODE # -    CLASSIFICATION | * | PREMIUM BASE | RATE PR/CO | RATE All Other | ADVANCE PREMIUM |
|---|---|---|---|---|---|
| # 98304 - PAINTING-EXTERIOR-BUILDINGS OR STRUCTURES-THREE STORIES OR LESS IN HEIGHT | P | 38,400 | 2.914 | 31.820 | 112 1,222 |
| # 92338 - DRY WALL OR WALLBOARD INSTALLATION | P | 21,600 | 1.955 | 9.594 | 42 207 |
| # 96816 - JANITORIAL SERVICES INCLUDING PRODUCTS/COMPLETED OPERATIONS | P | 48,000 | INCLUDED | 22.780 | 1,093 |
| # 94569 - FLOOR COVERING INSTALLATION-NOT CERAMIC TILE OR STONE | P | 38,400 | 4.054 | 12.174 | 156 467 |
| #   - | | | | | |
| #   - | | | | | |
| | | | PREMIUM FOR THIS EXTENSION OF DECLARATIONS   $ | | 3,299 |

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

S 170 (08/95)

Exhibit 1
Page 61 of 73 Pages

## GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC258844

LIABILITY ENDORSEMENT

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## DEDUCTIBLE LIABILITY INSURANCE
### (Including Costs and Expenses)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount of Deductible | |
|---|---|---|
| Bodily Injury Liability (including Costs and Expenses) | $ 1,000 | per claim |
| Property Damage Liability (including Costs and Expenses) | $ 1,000 | per claim |

1. Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the schedule as applicable to such coverages, and the limits of insurance applicable to each "occurrence" for such coverages will be reduced by the amount of such deductible. Aggregate limits for such coverages shall not be reduced by the application of such deductible.

2. The deductible amounts stated are on a **PER CLAIM BASIS** the deductible amount applies:
   a. Under the Bodily Injury Liability, to all damages because of "bodily injury" sustained by one person; or
   b. Under the Property Damage Liability, to all damages because of "property damage" sustained by one person or organization;
   
   as a result of any one "occurrence".

3. The deductible amount shown in the Schedule applies toward investigation, adjustment and legal expenses incurred in the handling and investigation of each claim, whether or not payment is made to claimant, compromise settlement is reached or claim is denied.

4. The terms of this insurance, including those with respect to:
   a. Our right and duty to defend "suits" seeking those damages; and
   b. Your duties in the event of an "occurrence", claim or "suit",
   
   apply irrespective of the application of the deductible amount.

5. We may at our sole election and option, either:
   a. Pay any part or all of the deductible amount to effect settlement of any claim or "suit" and upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us; or
   b. Upon our receipt of notice of any claim or at any time thereafter, request you to pay over and deposit with us all or any part of the deductible amount, to be held and applies per the terms of this policy.

All other Terms and Conditions of this insurance remain unchanged.

Exhibit 1
Page 62 of 73 Pages

## GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC258644                                    ENDORSEMENT # __02__

Named Insured: TIM SONNENBERG                              Agency # 05401 - 00
               DBA TS CONSTRUCTION, INC

                                        The Insurance Center
                                        2525 Gambell St. Suite 305
                                        Anchorage, AK 99503

Endorsement Effective Date: 05/06/2004

## GENERAL CHANGE ENDORSEMENT

IN CONSIDERATION OF THE PREMIUM CHARGED, IT IS HEREBY UNDERSTOOD AND AGREED THAT
THE INSURED'S PHYSICAL LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY IS AMENDED
TO READ:

707 B WILLIAMS GATE
FAIRBANKS, AK 99701

Tax & Fee Schedule

                        $              PREMIUM: ☒ None  ☐ AP  ☐ RP  $

                                              Total Taxes & Fees  $

                                              TOTAL PREMIUM DUE  $

All other Terms and Conditions of the Policy remain unchanged.

Anchorage, AK                    _____
05/12/2004   BRANDY              Countersignature or Authorized Representative, whichever is applicable
S901 (01/97)

                                        Exhibit ____1____
                                        Page __63__ of __73__ Pages

**GREAT DIVIDE INSURANCE COMPANY**                    Page: 1 of 1

POLICY NUMBER: GC258644                              ENDORSEMENT # __A1__

Named Insured: TIM SONNENGERG                        Agency # 5401 - 00
     DBA TS CONSTRUCTION INC

## FINAL PREMIUM ADJUSTMENT ENDORSEMENT

In accordance with the premium and audit provisions stated in this policy, the premium is adjusted for the period of:

    05/20/2003     to     05/20/2004

| CODE # - | CLASSIFICATION | * | AUDIT EXPOSURE | RATE PR/CO | RATE All Other | AUDIT PREMIUM |
|---|---|---|---|---|---|---|
| #91340 - | Carpentry - construction of residential property not exceeding 3 stories in height | P | 188,108 | 11.452 | 22.515 | 2,154 4,235 |
| #91585 - | Contractors - subcontracted work - in connection with construction, reconstruction, repair or erection of buildings NOC | C | . | INCL | 4.190 | 300 MP |
| # | - | | | | | |
| # | - | | | | | |
| # | - | | | | | |

| | |
|---|---|
| Total Audit Premium $ | 6,689 |
| Less Deposit/Credit $ | 6,179 |
| Additional Premium $ | 510 |

**\* AUDIT EXPOSURE CODE**

a = Area     s = Gross Sales
c = Total Cost     t = See Classification
m = Admissions     u = Units
p = Payroll

TAX & FEE SCHEDULE     Tax Rate

Melissa Bergman
AUG 2 6 2004

| | | |
|---|---|---|
| Total Taxes & Fees | $ | |
| TOTAL | $ | 510.00 |

All other Terms and Conditions of this Policy remain unchanged.

Exhibit _____1_____
Page ___64___ of ___73___ Pages

_____
Authorized Representative

S 046 (02/95)     08/25/2004     MMB

## GREAT DIVIDE INSURANCE COMPANY

POLICY NUMBER: GC258644-01

ENDORSEMENT # 01

Named Insured: TIM SONNENBERG
DBA TS CONSTRUCTION, INC

Agency # 05401 - 00

The Insurance Center
2525 Gambell St. Suite 305
Anchorage, AK 99503

Endorsement Effective Date: 05/20/2004

## GENERAL CHANGE ENDORSEMENT

IN CONSIDERATION OF THE ADDITIONAL PREMIUM OF $907, IT IS HEREBY UNDERSTOOD AND
AGREED THE POLICY PERIOD IS AMENDED AS FOLLOWS:

05/20/2004 TO 07/18/2005

IT IS FURTHER UNDERSTOOD AND AGREED THAT FORMS S150 AND S170 ARE AMENDED PER
ATTACHED.

Tax & Fee Schedule

$     PREMIUM: ☐ None ☒ AP ☐ RP $    907.00

Total Taxes & Fees $

TOTAL PREMIUM DUE $    907.00

All other Terms and Conditions of the Policy remain unchanged.

Anchorage, AK
06/06/2005    BRANDY
S901 (01/97)

Countersignature or Authorized Representative, whichever is applicable

Exhibit ____1____

Page __65__ of __73__ Pages

## GREAT DIVIDE INSURANCE COMPANY
## COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

POLICY NUMBER: GC258644-01
[X] Extension of Declarations is attached.     Effective Date: 05/20/2004  12:01 A.M. Standard Time

| LIMITS OF INSURANCE | ☐ If box is checked, refer to form S132 for Limits of Insurance. |
|---|---|

General Aggregate Limit (Other Than Products/Completed Operations)   $ 2,000,000
Products/Completed Operations Aggregate Limit   $ 2,000,000
Personal and Advertising Injury Limit   $ 1,000,000   Any One Person Or Organization
Each Occurrence Limit   $ 1,000,000
Damage To Premises Rented To You Limit   $ 100,000   Any One Premises
Medical Expense Limit   $ 5,000   Any One Person

### RETROACTIVE DATE (CG 00 02 ONLY)

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" which occurs before the Retroactive Date, if any, shown here: _____  (Enter Date or "NONE" if no Retroactive Date applies)

### BUSINESS DESCRIPTION AND LOCATION OF PREMISES

BUSINESS DESCRIPTION: SPECIALTY CONTRACTOR
LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY:   ☐ Location address is same as mailing address.
1. 707 B WILLIAMS GATE    FAIRBANKS    AK 99701-
2.
Additional locations (if any) will be shown on form S170.
LOCATION OF JOB SITE (If Designated Projects are to be Scheduled):

| CODE # -   CLASSIFICATION | * | PREMIUM BASIS | RATE PR/CO | RATE All Other | ADVANCE PREMIUM |
|---|---|---|---|---|---|
| 91340 - Carpentry - construction of residential property not exceeding 3 stories in height | P | 41,904 | 12.939 | 17.909 | 542 750 |
| 91342 - Carpentry NOC | P | 39,110 | 7.887 | 25.566 | 308 1,000 |
| 91585 - Contractors - subcontracted work - in connection with construction, reconstruction, repair or erection of buildings NOC | C | 34,920 | 4.417 | .296 | 2 EMP 0 |
| 98304 - Painting - exterior - buildings or structures - 3 stories or less in height - NOC | P | 44,698 | 3.335 | 25.379 | 1 1,134 |

NIC-GDIC

* PREMIUM BASIS SYMBOLS   + = Products/Completed Operations are subject to the General Aggregate Limit
a = Area (per 1,000 sq. ft. of area)    o = Total Operating Expenses    s = Gross Sales (per $1,000 of Gross Sales)
c = Total Cost (per $1,000 of Payroll)    (per $1,000 Total Operating Expenditures)    t = See Classification
m = Admissions (per 1,000 Admissions)    p = Payroll (per $1,000 of Payroll)    u = Units (per unit)

PREMIUM FOR THIS PAGE $   4,133

FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the policy)
Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:
Refer to S902 Schedule of Forms and Endorsements

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

S150 (07/03)    Includes copyrighted material of Insurance Services Office, Inc. with its permission Copyright ISO Properties, Inc., 2000

Exhibit 1

Page 66 of 73 Pages

# GREAT DIVIDE INSURANCE COMPANY

## COMMERCIAL GENERAL LIABILITY
## COVERAGE PART DECLARATIONS EXTENSION

POLICY NUMBER: GC258644-01          Effective Date: 05/20/2004      12:01 A.M. Standard Time

### LOCATION OF PREMISES

Location of All Premises You Own, Rent or Occupy:
SEE S150 (07/03)

### PREMIUM

| CODE # - | CLASSIFICATION | * | PREMIUM BASIS | RATE PR/CO | All Other | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|
| 92338 · Drywall or Wallboard Installation | | P | 25,142 | 2.554 | 10.056 | 64 / 253 |
| 96816 - Janitorial Services-INCLUDING PRODUCTS/COMPLETED OPERATIONS | | P | 55,872 | INCLUDED | 23.960 | INCLUDED / 1,339 |
| 94569 - Floor covering installation - not ceramic tile or stone | | P | 44,698 | 4.069 | 15.707 | 182 / 702 |

☐ Additional page needed.          PREMIUM FOR THIS COVERAGE PART   $   6,673

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

S170 (06/03)          Exhibit 1    Page 67 of 73 Pages    Page 1 of 1

NIC-GDIC  JUN 01 2005

**GREAT DIVIDE INSURANCE COMPANY**

Page: 2 of 2

POLICY NUMBER: GC258644

ENDORSEMENT # __A1__

Named Insured: TIM SONNENBERG
DBA TS CONSTRUCTION, INC

Agency # 5401 - 00

## FINAL PREMIUM ADJUSTMENT ENDORSEMENT

In accordance with the premium and audit provisions stated in this policy, the premium is adjusted for the period of:

05/20/2004     to     07/18/2005

| CODE # -   CLASSIFICATION | * | AUDIT EXPOSURE | RATE PR/CO | RATE All Other | AUDIT PREMIUM |
|---|---|---|---|---|---|
| #92478 - Electrical Work within Buildings | P | 39,786 | 2.596 | 8.067 | 103 321 |
| #96409 - Insulation work - organic or plastic in solid state | P | 28,137 | 4.150 | 17.583 | 117 495 |
| #98482 - Plumbing - commercial and industrial | P | 179,250 | 5.384 | 18.537 | 965 3,323 |
| # - | | | | | |
| # - | | | | | |

| * AUDIT EXPOSURE CODE | | |
|---|---|---|
| a = Area    s = Gross Sales | Total Audit Premium $ | 24,024 |
| c = Total Cost    t = See Classification | Less Deposit/Credit $ | 6,676 |
| m = Admissions    u = Units | Additional Premium $ | 17,348 |
| p = Payroll | | |

TAX & FEE SCHEDULE    Tax Rate

$

Total Taxes & Fees    $

TOTAL    $   17,348.00

MELANIE MORIN

All other Terms and Conditions of this Policy remain unchanged.

OCT 0 4 2005

WENDY BECKER
OCT 0 4 2005

S 046 (02/95)    10/04/2005    MKM

Authorized Representative

Exhibit __1__

Page __68__ of __73__ Pages

**GREAT DIVIDE INSURANCE COMPANY**

Page: 1 of 2

POLICY NUMBER: GC258644

ENDORSEMENT # A1

Named Insured: TIM SONNENBERG
DBA TS CONSTRUCTION, INC

Agency # 5401 - 00

## FINAL PREMIUM ADJUSTMENT ENDORSEMENT

In accordance with the premium and audit provisions stated in this policy, the premium is adjusted for the period of:

05/20/2004          to          07/18/2005

| CODE # - | CLASSIFICATION | * | AUDIT EXPOSURE | RATE PR/CO | RATE All Other | AUDIT PREMIUM |
|---|---|---|---|---|---|---|
| #91340 - | Carpentry - construction of residential property not exceeding 3 stories in height | P | 320,205 | 12.939 | 17.909 | 4,143 5,735 |
| #91342 - | Carpentry NOC | P | 229,648 | 7.887 | 25.566 | 1,811 5,871 |
| #91585 - | Contractors - subcontracted work - in connection with construction, reconstruction, repair or erection of buildings NOC | C | 82,991 | 4.316 | .283 | 358 23 |
| #92102 - | Drilling - water | P | 1,255 | 4.450 | 16.983 | 6 21 |
| #92215 - | Driveway, Parking Area or Sidewalk - paving or repaving | P | 26,080 | 2.330 | 25.711 | 61 671 |

| * AUDIT EXPOSURE CODE | | |
|---|---|---|
| a = Area | s = Gross Sales | Total Audit Premium $ |
| c = Total Cost | t = See Classification | Less Deposit/Credit $ |
| m = Admissions | u = Units | Additional Premium      $ |
| p = Payroll | | |

TAX & FEE SCHEDULE          Tax Rate

$

Total Taxes & Fees          $

TOTAL          $

All other Terms and Conditions of this Policy remain unchanged.

S 046 (02/95)          10/04/2005          MKM

_____
Authorized Representative

Exhibit_____1_____
Page__69__ of __73__ Pages

## General Liability - AK Quote
### Date: 09/29/2005

For: No Client Selected!                                    Prep By:

## TS construction

| Risk Description | Quote dated 09/29/2005 at 2:04 pm | | | | Rated Company | NAUT/GD PF. 10/03 |
|---|---|---|---|---|---|---|
| Effective Date | 05/20/2004 | To | 07/18/2005 | | Medical Payments | $5,000 |
| Per Occurrence Limit | $1,000,000 | | | | Damage to Premises | $100,000 |
| General Aggregate Limit | $2,000,000 | | | | Personal & Advert. Injury | $1,000,000 |
| Products/CO Aggregate | $2,000,000 | | | | New/Old Limit ID(s) | 91-92 |
| | | | | PerClaim | | |
| Deductible Amount | Prem/Op None | | | 1.00 | Products/CO | None |
| Selected Type Of Pkg Risk | Monoline - No Package Risk Factor | | | | Form | Occurrence Form |
| Experience Mod Factor X | Co Dev Factor | X | Pkg Factor | X | IRPM Factor = Final Mod | |

| Prem/Op | 1.000 | X | 1.000 | X | 1.000 | X | 1.000 | = | 1.000 |
|---|---|---|---|---|---|---|---|---|---|
| Prod/CO | 1.000 | X | 1.000 | X | 1.000 | X | 1.000 | = | 1.000 |

| Classification Code | (92102) Drilling - water |
|---|---|
| Subline | Premises/Operations (Subline 334) |
| Territory/Description | 001 Entire State        Location Num 001 |
| Premium Base | Payroll |
| Total Exposure | If Any |
| Unmodified Rate | 8.19      X Co Mod  1.45   X Add'l Mod   1.00   = Rate  11.875 |
| Increased Limits Factor | 1.43  - Ded Factor of  0.00   = 1.43 |
| Final Mod Factor | Prem Fact.  1.00 |
| Increased Limits Rate | 16.983 |
| Modified Rate | 16.983 |
| Limit ID | 29 |
| Minimum Premium | $0.00 |
| Developed Premium | $0.00 |

| Classification Code | 92102    Drilling - water |
|---|---|
| Subline | Products/Completed Operations (Subline 336) |
| Territory/Description | 001 Entire State        Location Num 001 |
| Premium Base | Payroll |
| Total Exposure | If Any |
| Unmodified Rate | 1.86      X Co Mod  1.45   X Add'l Mod   1.00   = Rate  2.697 |
| Increased Limits Factor | 1.65  - Ded Factor of  0.00   = 1.65 |
| Final Mod Factor | Prod Fact.  1.00 |
| Increased Limits Rate | 4.45 |
| Modified Rate | 4.45 |
| Limit ID | 29 |
| Minimum Premium | $0.00 |
| Developed Premium | $0.00 |

Exhibit _____1_____
Page ___70___ of ___73___ Pages

## General Liability - AK Quote
### Date: 09/29/2005

| | |
|---|---|
| **Classification Code** | 92215   Driveway, Parking Area or Sidewalk - paving or repaving |
| **Subline** | Premises/Operations (Subline 334) |
| **Territory/Description** | 001 Entire State          Location Num 001 |
| **Premium Base** | Payroll |
| **Total Exposure** | If Any |
| **Unmodified Rate** | 12.40   X Co Mod  1.45   X Add'l Mod  1.00   = Rate 17.98 |
| **Increased Limits Factor** | 1.43  - Ded Factor of  0.00   = 1.43 |
| **Final Mod Factor** | Prem Fact.  1.00 |
| **Increased Limits Rate** | 25.711 |
| **Modified Rate** | 25.711 |
| **Limit ID** | 2A |
| **Minimum Premium** | $0.00 |
| **Developed Premium** | $0.00 |

| | |
|---|---|
| **Classification Code** | 92215   Driveway, Parking Area or Sidewalk - paving or repaving |
| **Subline** | Products/Completed Operations (Subline 336) |
| **Territory/Description** | 001 Entire State          Location Num 001 |
| **Premium Base** | Payroll |
| **Total Exposure** | If Any |
| **Unmodified Rate** | 1.19   X Co Mod  1.45   X Add'l Mod  1.00   = Rate 1.726 |
| **Increased Limits Factor** | 1.35  - Ded Factor of  0.00   = 1.35 |
| **Final Mod Factor** | Prod Fact.  1.00 |
| **Increased Limits Rate** | 2.33 |
| **Modified Rate** | 2.33 |
| **Limit ID** | 2A |
| **Minimum Premium** | $0.00 |
| **Developed Premium** | $0.00 |

## General Liability - AK Quote
Date: 09/29/2005

| | |
|---|---|
| **Classification Code** | 92478 Electrical Work - within buildings |
| **Subline** | Premises/Operations (Subline 334) |
| **Territory/Description** | 001 Entire State Location Num 001 |
| **Premium Base** | Payroll |
| **Total Exposure** | If Any |
| **Unmodified Rate** | 3.89 X Co Mod 1.45 X Add'l Mod 1.00 = Rate 5.641 |
| **Increased Limits Factor** | 1.43 - Ded Factor of 0.00 = 1.43 |
| **Final Mod Factor** | Prem Fact. 1.00 |
| **Increased Limits Rate** | 8.067 |
| **Modified Rate** | 8.067 |
| **Limit ID** | 2C |
| **Minimum Premium** | $0.00 |
| **Developed Premium** | $0.00 |

| | |
|---|---|
| **Classification Code** | 92478 Electrical Work - within buildings |
| **Subline** | Products/Completed Operations (Subline 336) |
| **Territory/Description** | 001 Entire State Location Num 001 |
| **Premium Base** | Payroll |
| **Total Exposure** | If Any |
| **Unmodified Rate** | 1.00 X Co Mod 1.45 X Add'l Mod 1.00 = Rate 1.45 |
| **Increased Limits Factor** | 1.79 - Ded Factor of 0.00 = 1.79 |
| **Final Mod Factor** | Prod Fact. 1.00 |
| **Increased Limits Rate** | 2.596 |
| **Modified Rate** | 2.596 |
| **Limit ID** | 2C |
| **Minimum Premium** | $0.00 |
| **Developed Premium** | $0.00 |

Exhibit 1
Page 72 of 73 Pages

## General Liability - AK Quote
Date: 09/29/2005

| | |
|---|---|
| Classification Code | 98482   Plumbing - commercial and industrial |
| Subline | Premises/Operations (Subline 334) |
| Territory/Description | 001 Entire State          Location Num 001 |
| Premium Base | Payroll |
| Total Exposure | If Any |
| Unmodified Rate | 8.94      X Co Mod   1.45   X Add'l Mod   1.00   = Rate  12.963 |
| Increased Limits Factor | 1.43  - Ded Factor of  0.00   = 1.43 |
| Final Mod Factor | Prem Fact.  1.00 |
| Increased Limits Rate | 18.537 |
| Modified Rate | 18.537 |
| Limit ID | 2B |
| Minimum Premium | $0.00 |
| Developed Premium | $0.00 |

| | |
|---|---|
| Classification Code | 98482   Plumbing - commercial and industrial |
| Subline | Products/Completed Operations (Subline 336) |
| Territory/Description | 001 Entire State          Location Num 001 |
| Premium Base | Payroll |
| Total Exposure | If Any |
| Unmodified Rate | 2.25      X Co Mod   1.45   X Add'l Mod   1.00   = Rate  3.263 |
| Increased Limits Factor | 1.65  - Ded Factor of  0.00   = 1.65 |
| Final Mod Factor | Prod Fact.  1.00 |
| Increased Limits Rate | 5.384 |
| Modified Rate | 5.384 |
| Limit ID | 2B |
| Minimum Premium | $0.00 |
| Developed Premium | $0.00 |

Exhibit ___1___

Page ___73___ of ___73___ Pages