14:32 JAN 11, 2006   ID: 907-562-4415        FAX NO: 562-4415        #10815 PAGE: 4/9

Jan-10-06  10:40am  From-Rural Alaska Insurance Agency    9074518964      T-604  P.003/007  F-772

FAXED By: 1406 Date: 370-3755

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| JOHN WATSON, | ) |
|            Plaintiff, | ) |
| vs. | ) |
| TIMOTHY SONNENBERG, and | ) |
| T.S. CONSTRUCTION, INC., | ) |
|            Defendants, | ) |

FILED in the Trial Courts
State of Alaska, Fourth District

DEC 1 5 2005

By _____ Deputy

Case No. 4FA-05-2691 Civil

## COMPLAINT

Comes Now Plaintiff, by and through counsel, and for his complaint, states and alleges as follows:

1. Plaintiff is a resident of the state of Alaska, who resides in North Pole, Alaska.

2. Defendant T.S. Construction is an Alaskan Corporation engaged in the construction business, including the construction of homes, whose primary location is in Fairbanks, Alaska.

3. Defendant, Timothy Sonnenberg, is the president and owner of T.S. Construction, Inc.

4. On or about April, 2005, Defendant T.S. Construction, Inc., by and through its president, Timothy Sonnenberg, hired Plaintiff and two others in the

Walther & Flanigan
RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
PHONE: (907) 279-9999
FAX: (907) 258-3384

1

Exhibit 2
Page 1 of 4 Pages

14:32 JAN 11, 2006   ID: 907-562-4415            FAX NO: 562-4415              #10815  PAGE: 5/9

Jan-10-06   10:41am   From-Rural Alaska Insurance Agency         9074518864         T-604   P.004/007   F-772

North Pole area to travel to the Wasilla-Palmer area to roof a home on Bear Street that Defendant was building for Timothy Sonnenberg's brother. This was the third or fourth time Defendants had hired Plaintiff to roof houses that Defendant was constructing.

4. Plaintiff and the other employees were paid by the square (of shingles) and an extra amount to pack shingles up onto the roof.

5. Defendant provided all materials for the roofing job and caused the materials to be transported to the job.

6. Defendant also provided a ladder for access to the roof.

7. On or about April 29, 2005, Plaintiff fell from the ladder provided by Defendant, while trying to gain access to the roof, due to the defective condition of the ladder, which was bent.

8. Plaintiff was severely injured in the accident, incurred and continues to incur, large medical expenses, and pain and suffering and disability from working in Plaintiff's normal occupation as janitor for the North Star Borough School District. The damages will be proven at trial but in any case are in excess of the jurisdictional requirement of this Court.

9. Immediately following the accident, Plaintiff notified his employer, by and through Timothy Sonnenberg of the accident and his injuries. Sonnenberg refused to file a "Notice of Injury" form under AS 23.30.070 with the Workers

Walker & Flanigan
RESOLUTION PLAZA
1029 WEST THIRD AVENUE, SUITE 250
ANCHORAGE, ALASKA 99501
PHONE: (907) 279-9999
FAX: (907) 258-2804

14:33 JAN 11, 2006   ID: 907-562-4415          FAX NO: 562-4415                    #10815   PAGE: 6/9

Jan-10-06   10:41am   From-Rural Alaska Insurance Agency         9074518864           T-604   P.005/007   F-772

Compensation Board, and denied that Plaintiff was an "employee" for purpose of the Alaska Workers Compensation Act. Nevertheless, Timothy Sonnenberg paid Plaintiff for his work.

10. Defendant T.S. Construction had a duty under the Alaska Compensation Act, AS 23.30.045, to secure workers' compensation coverage for Plaintiff and the other roofers. However, for the expressed purpose of avoiding the payment of workers compensation premiums, Defendants did not list Plaintiff and the other roofers on the T.S. Construction payroll and paid them "under the table," out of Timothy Sonnenborn's personal account, as he had done on other roofing jobs for which he had employed Plaintiff and others previously.

11. Under AS 23.30.075, both defendants are personally liable for the failure to secure the benefits of the Alaska Workers Compensation Act in favor of the Plaintiff.

12. Under the circumstances described above, Defendants are personally liable for all civil damages arising from the injury of Plaintiff and are denied any defenses as set forth in AS 23.30.055 & 080.

13. Alternatively, under AS 23.30.075, Defendants are jointly liable for the all workers compensation benefits which should have been paid to Plaintiff, under the terms of AS 23.30 et seq.

3

Exhibit  2
Page  3  of  4  Pages

Wherefore, Plaintiff prays for the following judgment against the Defendants and in his favor:

1. That Plaintiff be awarded all compensable damages, including but not limited to medical expenses, lost wages, pain and suffering, disability and lost earning capacity;

2. That Plaintiff be awarded interest, costs and attorneys fees and any other equitable relief as the court deems just;

3. That Plaintiff be awarded punitive damages for the failure of Defendants to provide workers compensation coverage for Plaintiff and other workers sufficient to punish and deter Defendants and others similarly situated.

DATED this 30th day of November, 2005.

WALTHER & FLANIGAN
Attorneys for the Plaintiff

By: _____ for WWF
Michael W. Flanigan
ABA #7710114

LAW OFFICES OF ALLEN R. CHEEK, P.C.
Co-counsel for Plaintiff

By: _____
ALLEN R. CHEEK, ABA # 7811088

4

Exhibit __2__
Page __4__ of __4__ Pages