

# NAUTILUS INSURANCE GROUP.
Nautilus Insurance Company    Great Divide Insurance Company

February 27, 2006

CERTIFIED MAIL/RETURN RECEIPT REQUESTED   claim 10023059, and regular mail

Mr. Tim Sonnenberg
TS CONSTRUCTION INC-TIM SONNENGERG
PO BOX 82623
FAIRBANKS AK 99708-0000

**RECEIVED**
MAR 2 2006
BISS & HOLMES
ATTORNEYS AT LAW

RE:   Company:                Great Divide Insurance Company
      Coverage Claim No:      10023059
      Defense Claim No:       10022570
      Policy No:              C  GC  0000258644
      Policy Period:          5/20/04 – 5/20/05
      Insured:                TS CONSTRUCTION INC-TIM SONNENGERG
      Plaintiff:              John Watson
      Date of Loss:           04/29/2005

Dear Mr. Sonnenberg:

This letter will serve as acknowledgement and receipt of the Summons and Complaint styled: <u>John Watson v. Timothy Sonnenberg and T.S. Construction, Inc.</u>, which is currently pending in the Superior Court for the State of Alaska, Fourth Judicial District at Fairbanks, under case number 4FA-05-2691. As you may be aware, this matter arises out Mr. Watson's fall from a ladder while doing roofing work on your behalf. Please note the claim numbers captioned and refer to them on any correspondence you have with our representatives or us.

We have assigned:

   The Law Offices of Paul Stockler
   1309 West 16th Avenue
   Anchorage AK  99501

   907-277-8564

to represent your interests and we request that you provide them with your complete cooperation.

We would like to advise you that your defense is being handled in our office by another examiner to avoid any potential conflicts that may develop as a result of simultaneously directing both your defense and any future litigation over the coverage issues, as further explained in this correspondence. Should you have any questions regarding your *defense*, you may contact either Mr. Paul Stockler at 907-277-8564, or Ms. Denise Johnson in our offices at 800-842-8972 extension 5427. Please note Ms. Johnson's *defense* claim number is 10022570. Should you have any questions regarding the *coverage* issues raised in this letter, you may contact the undersigned at 800-842-8972 extension 5344. Please note the *coverage* claim number is 10023059.

Please be advised that while Mr. Stockler will be defending both you and TS Construction Inc., for all causes of action in the complaint, Great Divide Insurance Company now takes this opportunity to advise you of certain defenses to coverage that exist based on the language of the policy issued to TS Construction, and as cited herein. Great Divide Insurance Company specifically reserves the right to bring an action to declare the obligations and responsibilities of the parties hereto under the contract of insurance in question at any time after the date of this letter.

7233 East Butherus Drive    Scottsdale, Arizona 85260    Phone 800.842.8972    480.951.0905    Fax 480.951.9730

A BERKLEY COMPANY®            Exhibit __3__
                              Page __1__ of __6__ Pages

TS CONSTRUCTION INC-TIM SONNENGERG
10023059
February 27, 2006
Page 2

We have reviewed your policy of insurance, number C GC 0000258644, with effective dates of May 20, 2004 to May 20, 2005. Your policy protects you for all claims for which you would be held legally liable, subject to the terms, conditions, endorsements, and exclusions of the policy. I refer you to the Commercial General Liability Coverage Form, CG0001 (10-01), Section 1- Coverages, Coverage A Bodily Injury and Property Damage Liability where the insuring agreement reads in pertinent part as follows:

### SECTION I – COVERAGES
### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. Insuring Agreement

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.

   b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";
      (2) The "bodily injury" or "property damage" occurs during the policy period;

Section V of Form CG0001 10-01 provided the following definitions of "bodily injury", "property damage", and "occurrence" are as follows:

### SECTION V - DEFINITIONS

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

15. "Property damage" means:

    a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

    b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

Exhibit 3
Page 2 of 6 Pages

TS CONSTRUCTION INC-TIM SONNENGERG
10023059
February 27, 2006
Page 3

The lawsuit alleges that you and TS Construction, Inc. violated the Alaska Compensation Act by not providing Worker's Compensation Insurance for Mr. Watson. This violation of the Alaska Compensation Act does not fit the definition of an "occurrence" resulting in "bodily injury" or "property damage" as defined in the policy, and therefore, coverage is not afforded for damages arising out of this allegation.

Please refer to Section I Coverages – Bodily Injury and Property Damage Liability, 2. Exclusions, d. Workers' Compensation and Similar Laws which reads:

> 2.  Exclusions
> This insurance does not apply to:
> > d.  Workers' Compensation And Similar Laws
> > Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

I now refer you to form S051 (01/02) Additional Exclusions and Conditions, endorsed onto and made part of your policy, which contains form S127 (01/02) Amendatory Endorsement – Employee Exclusion that reads:

> **ADDITIONAL EXCLUSIONS AND CONDITIONS**
> This endorsement modifies insurance provided under the following
>
> **COMMERCIAL GENERAL LIABILITY COVERAGE PART**
> **AMENDATORY ENDORSEMENT - EMPLOYEE EXCLUSION**
>
> Exclusion e. Employer's Liability of COVERAGE A. Bodily Injury and Property Damage Liability (Section I - Coverages) is replaced by the following:
> > e.  Employer's Liability
> > "Bodily injury" to:
> > (1) An "employee" of the insured arising out of and in the course of:
> > > (a) Employment by the insured; or
> > > (b) Performing duties related to the conduct of the insured's business; or
> > (2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.
>
> This exclusion applies:
> > (1) Whether the insured may be liable as an employer or in any other capacity; and
> > (2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.
>
> As respects this endorsement only, the definition of "Employee" in DEFINITIONS (Section V) is replaced by the following:
> > "Employee" shall include, but is not limited to, any person or persons hired by, loaned to, leased to, contracted for, or volunteering services to the insured, whether or not paid by the insured.
>
> S127 (06/00)

Exhibit __3__
Page __3__ of __6__ Pages

TS CONSTRUCTION INC-TIM SONNENGERG
10023059
February 27, 2006
Page 4

Please also refer to form S012 04/99, Exclusion – Independent Contractors, that is endorsed onto and made part of your policy that reads as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY**

**EXCLUSION - INDEPENDENT CONTRACTORS**
**endorsement modifies insurance provided under the following:**

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

The following exclusion is added to Paragraph 2., Exclusions of Coverage (Section I - Coverages):

**This insurance does not apply to "bodily injury", "property damage", "personal and advertising injury" or medical payments arising out of operations performed for you by independent contractors or your acts or omissions in connection with your general supervision of such operations.**

**All other Terms and Conditions of this Insurance remain unchanged**

**S012 (04/99)**

The lawsuit alleges that Mr. Watson was in the employ of TS Construction at the time of his fall. It is our understanding there is some discussion as to the exact status of Mr. Watson – you claim he was not an employee of TS Construction, but rather a sub-contractor hired to do this particular job. In either instance, the policy excludes coverage for injuries to individuals while they are in the course and scope of their employment – either as an employee of your company or as an independent contractor. In addition, the policy excludes coverage for obligations of an insured that are covered by any Worker's Compensation statute or law.

In his lawsuit, Mr. Watson seeks punitive damages in addition to the customary compensatory damages. Please be advised that your policy specifically excludes coverage for damages that are punitive or exemplary in nature. Please refer to form S017 (01/98) Exclusion – Punitive or Exemplary Damages, which reads:

**EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES**

The following is added to EXCLUSIONS:

**This insurance does not apply to a claim of or indemnification for punitive or exemplary damages. If a "suit" shall have been brought against you for a claim within the coverage provided under the policy, seeking both compensatory and punitive or exemplary damages, then we will afford a defense for such action. We shall not have an obligation to pay for any costs, interest or damages attributable to punitive or exemplary damages.**

**S017 (01/98)**

The damages sought in the lawsuit are unspecified and may be in excess of the limits afforded by your insurance policy. Please understand that Great Divide Insurance Company will not be responsible for any amounts that are awarded in over the limits of liability provided by your policy. You may therefore, at

Exhibit 3
Page 4 of 6 Pages

TS CONSTRUCTION INC-TIM SONNENGERG
10023059
February 27, 2006
Page 5

your own expense, hire legal counsel to represent your interests in excess of the limits afforded by your Great Divide Insurance Company policy, should you wish to do so.

Subject to the terms and conditions of AS 21.89.100, Great Divide Insurance Company will agree at this time to pay for the defense of you and your company subject to the terms, conditions and exclusions of the policy as stated above. You have the right to select counsel of you choice to defend you and your company.

The attorneys we have hired for you will appear on your behalf, and defend you in the entire matter without regard to the coverage issues raised in this letter. They will require your full cooperation in order to adequately protect your interest, and we request that you provide them with same, in accordance with the requirements of your policy of insurance with Great Divide Insurance Company. In the event you have a claim or cause of action against the plaintiff, you should immediately advise the attorney we have retained for you, or have your personal attorney do so as your state law may bar the assertion of such claim if it is not filed or asserted in this action. We are not suggesting that you do so, merely informing you of your options. Please do not discuss the facts or circumstances of this incident with anyone other than your attorney or handling examiner.

Great Divide Insurance Company, by this letter and by its initial notice, investigation and assumption of your defense, does not waive nor invalidate any of the other terms, conditions, or exclusions of this policy. We specifically reserve the right to exercise any of the other terms, conditions or exclusions of this policy that now exist or may later become apparent. We further reserve the right to withdraw from your defense upon appropriate written notification to you if at any time it becomes apparent that none of the damages being claimed by the plaintiff are covered by this policy. As previously mentioned, Great Divide Insurance Company specifically reserves the right to bring an action to declare the obligations and responsibilities of the parties hereto under the contract of insurance in question, at any time after the date of this letter. Further, in the event it is established that we have no coverage under this policy for one or more causes of action alleged against you, we reserve the right to request reimbursement of all monies we have advanced for your defense for any and all of those non-covered causes of action.

Please feel free to contact our office as indicated above should you have any further questions or concerns at this time regarding this correspondence or your defense in general.

Sincerely,

Amy Nechamkin, AIC, AIS, CCLA, FCLA
Litigation Specialist
Great Divide Insurance Company

cc:
5401 - 0
The Insurance Center

Rural Alaska Insurance Agency
PO Box 72249
Fairbanks, AK 99707

Ms. Denise Johnson - claim number: 10022570

Exhibit 3
Page 5 of 6 Pages

TS CONSTRUCTION INC-TIM SONNENGERG
10023059
February 27, 2006
Page 6

Mr. Paul Stockler
The Law Offices of Paul Stockler
1309 West 16th Avenue
Anchorage AK  99501

Mr. Roger Holmes
Biss & Holmes
3948 Clay Products Drive
Anchorage AK  99517-1014

I have been advised of my right to select independent counsel to represent me in this lawsuit and of my right under state law to have all reasonable expenses of an independent counsel paid by my insurer. I have been advised that the Alaska Supreme Court has ruled that when an insurer defends an insured under a reservation of rights provision in an insurance policy, there are various conflicts of interest that arise between an insurer and an insured. I have considered this matter fully and at this time I am waiving my right to select independent counsel. I have authorized my insurer to select a defense counsel to represent me in this lawsuit.

_____     _____
Signature                                                    Date
Mr. Tim Sonnenberg

Exhibit   3
Page   6   of   6   Pages