Michael W. Flanigan, ABA No. 7710114
WALTHER & FLANIGAN
1029 w. 3RD Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114


Attorneys for Defendant John Watson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>TIMOTHY M. SONNENBERD, TS CONSTRUCTION, INC and JOHN WATSON.<br>Defendants. | Case No.  3:06-CV-00055TMB |

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska  99501
Phone 907-279-9999
Fax 907-258-3804

### **NOTICE OF APPEARANCE**

Michael W. Flanigan of the law firm of Walther & Flanigan, enters the firms appearance on behalf of the defendant John Watson, as counsel in this case and requests that copies of all pleadings in this matter be forwarded to the firm at 1029 West 3rd Ave. Suite 250, Anchorage, AK 99501.

NOTICE OF APPEARANCE
PAGE 1 OF 2

DATED at this 3rd day of April, 2006, at Anchorage, Alaska.

>WALTHER & FLANIGAN
>Attorneys for Defendant
>John Watson
>
>s/ Michael W. Flanigan
>1029 W. 3rd Ave., Ste 250
>Anchorage, Alaska, 99517-1014
>(907) 279-9999 Phone
>(907) 258-3804 Fax
>E-Mail: Waltherflanigan@cs.com
>Alaska Bar No. #7710114

This is to certify that a true and correct copy of ENTRY OF APPEARANCE was served by electronic means on

>Roger F. Holmes
>Biss & Holmes
>3948 Clay Products Drive
>Anchorage, AK
>_____s/_____
>WALTHER & FLANIGAN

WALTHER & FLANIGAN
1029 West 3rd Ave., Suite 250
Anchorage, Alaska 99501
Phone 907-279-9999
Fax 907-258-3804

NOTICE OF APPEARANCE
PAGE 2 OF 2