Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREE DIVIDE INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Timothy M. Sonnenberg, T S )<br>Construction, Inc. and )<br>John Watson, )<br>)<br>Defendants. )<br>_____) | Case No. 3:06-CV-00055 TMB<br><br>**NOTICE OF PROOF OF SERVICE OF SUMMONS AND COMPLAINT FOR DECLARATORY RELIEF ON DEFENDANTS** |

Attached are **Return of Service** receipts for defendants Timothy M. Sonnenberg and T.S. Construction, Inc. (Exhibit 1) Attorney Paul D. Stockler will be answering for defendants Sonnenberg and T.S. Construction, Inc. (Exhibit 2) Attorney Michael W. Flanigan voluntarily accepted service of the summons and complaint for defendant John Watson and entered his appearance on April 3, 2006, at Docket No. 3.

NOTICE RE PROOF OF SERVICE
GREAT DIVIDE V. SONNENBERG
CASE NO. 3:06-CV-00055 TMB            1

DATED at Anchorage, Alaska, this 2nd day of May, 2006.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.

s/Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Phone
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
AK Bar No. 7011060

Certificate of Service
I hereby certify that on 5/2/06, a copy of the foregoing Notice of Proof of Service of Summons and Complaint For Declaratory Relief was served electronically on:

Michael W. Flanigan, Esq.

And By Regular Mail On:

Paul D. Stockler, Esq.
1309 West 16th Avenue
Anchorage, Alaska 99501

s/Roger F. Holmes

NOTICE RE PROOF OF SERVICE
GREAT DIVIDE V. SONNENBERG
CASE NO. 3:06-CV-00055 TMB           2