

**BISS & HOLMES**
ATTORNEYS AT LAW

# RETURN OF SERVICE

Case Number:   3:06-CV-00055 TMB

GREAT DIVIDE INSURANCE COMPANY
    Plaintiff(s),
vs.
TIMOTHY M. SONNENBERG, ET. AL.
    Defendant(s).

---

I certify that on 4/4/2006, at 4:17 PM, I served the following documents:

SUMMONS AND COMPLAINT, ATTACHMENTS

upon the therein named TIMOTHY M. SONNENBERG at 707 B WILLIAMS GATE ROAD, FAIRBANKS, ALASKA, by handing and leaving a true and correct copy with TIMOTHY M. SONNENBERG.

LEE R. MIRELES
Civilian Process Server

SUBSCRIBED AND SWORN to before me this April __, 2006.

Notary Public in and for the State of Alaska
My Commission Expires:   4/9/2007

| | |
|---|---|
| Client: | BISS & HOLMES |
| Client: | BRUCE NEILSON |
| File Number: | PREPAID $85.00 |

Service Fee:   $35.00
Mileage Fee:   $15.00

**North Country Process, Inc.**
P.O. Box 101126
Anchorage, Alaska 99510
Office: (907) 274-2023
Fax Line: (907) 274-2823

NCPI@alaska.net

TOTAL:   $50.00

Return No.:   51868

Exhibit ___1___
Page ___1___ of ___6___ Pages

# RETURN OF SERVICE

Case Number:   3:06-CV-00055 TMB

GREAT DIVIDE INSURANCE COMPANY
    Plaintiff(s),
vs.
TIMOTHY M. SONNENBERG, ET. AL.
    Defendant(s).

I certify that on 4/4/2006, at 4:17 PM, I served the following documents:

SUMMONS AND COMPLAINT, ATTACHMENTS

upon the therein named TIMOTHY M. SONNENBERG at 707 B WILLIAMS GATE ROAD, FAIRBANKS, ALASKA, by handing and leaving a true and correct copy with TIMOTHY M. SONNENBERG.

_ls/ 4/7/06_
LEE R. MIRELES
Civilian Process Server

SUBSCRIBED AND SWORN to before me this April 07, 2006

Notary Public in and for the State of Alaska
My Commission Expires:   4/9/2007

| | |
|---|---|
| Client: | BISS & HOLMES |
| Client | BRUCE NEILSON |
| File Number: | PREPAID $85.00 |

Service Fee:   $35.00
Mileage Fee:   $15.00

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

TOTAL:   $50.00

NCPI@alaska.net

Return No.:   51868

Exhibit ___1___
Page ___2___ of ___6___ Pages

AO 440 (Rev. 10/93) Summons in a Civil Action    3:06-CV-00055 TMB

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 4/4/06 |
| NAME OF SERVER (PRINT) Lee R. Mireles | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: TS Construction business office. Served Timothy Sonnenberg

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $15.00 | $35.00 | $50.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/4/06    _Lee R. Mireles_
                Date           Signature of Server

47 Steelhead Rd. Fairbanks, AK. 99709
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit  1
Page  3  of  6  Pages



RECEIVED
APR 1 4 2006
BISS & HOLMES
ATTORNEYS AT LAW

# RETURN OF SERVICE

Case Number:   3:06-CV-00055 TMB

GREAT DIVIDE INSURANCE COMPANY
    Plaintiff(s),
vs.
TIMOTHY M. SONNENBERG, ET. AL.
    Defendant(s).

I certify that on 4/4/2006, at 4:17 PM, I served the following documents:

SUMMONS AND COMPLAINT, ATTACHMENTS

upon the therein named T.S. CONSTRUCTION, INC. at 707 B WILLIAMS GATE ROAD, FAIRBANKS, ALASKA, by handing and leaving a true and correct copy with TIMOTHY M. SONNENBERG, REGISTERED AGENT, T.S. CONSTRUCTION, INC..

LEE R. MIRELES
Civilian Process Server

SUBSCRIBED AND SWORN to before me this April 07, 2006

Notary Public in and for the State of Alaska
My Commission Expires:   4/9/2007

| | |
|---|---|
| Client: | BISS & HOLMES |
| Client | BRUCE NEILSON |
| File Number: | PREPAID $85.00 |

Service Fee:   $35.00

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

TOTAL:   $35.00

NCPI@alaska.net

Return No.:   51869

Exhibit ___1___
Page ___4___ of ___6___ Pages

RETURN OF SERVICE

Case Number: 3:06-CV-00055 TMB

GREAT DIVIDE INSURANCE COMPANY
    Plaintiff(s),

vs.

TIMOTHY M. SONNENBERG, ET. AL.
    Defendant(s).

---

I certify that on 4/4/2006, at 4:17 PM, I served the following documents:

SUMMONS AND COMPLAINT, ATTACHMENTS

upon the therein named T.S. CONSTRUCTION, INC. at 707 B WILLIAMS GATE ROAD, FAIRBANKS, ALASKA, by handing and leaving a true and correct copy with TIMOTHY M. SONNENBERG, REGISTERED AGENT, T.S. CONSTRUCTION, INC..

/s/ 4/7/06

LEE R. MIRELES
Civilian Process Server

SUBSCRIBED AND SWORN to before me this April 07, 2006

Notary Public in and for the State of Alaska
My Commission Expires: 4/9/2007

| | |
|---|---|
| Client: BISS & HOLMES | |
| Client: BRUCE NEILSON | |
| File Number: PREPAID $85.00 | |

Service Fee: $35.00

**North Country Process, Inc.**
**P.O. Box 101126**
**Anchorage, Alaska 99510**
**Office: (907) 274-2023**
**Fax Line: (907) 274-2823**

NCPI@alaska.net

TOTAL: $35.00

Return No.: 51869

Exhibit 1
Page 5 of 6 Pages

T.S. CONSTRUCTION, INC,
c/o TIMOTHY SONNENBERG Reg. Agent 4/7

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

3:06-CV-00055-TMB

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/4/06 |
| NAME OF SERVER (PRINT) Lee R. Mireles | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: T.S. Construction business office/yard. Served Timothy Sonnenberg

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.00 | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/4/06

Signature of Server: Lee R. Mireles

Address of Server: 47 Steelhead Rd, Fairbanks, AK. 99709

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Exhibit 1
Page 6 of 6 Pages