Law Office of
# Paul D. Stockler

1309 West 16th Avenue  
Anchorage, Alaska 99501

Telephone: (907) 277-8564  
Facsimile: (907) 272-4877  
e-mail: paulstockler@aol.com

---

April 25, 2006

**RECEIVED APR 2 6 2006**  
BISS & HOLMES  
ATTORNEYS AT LAW

Roger F. Holmes  
Biss & Holmes  
3948 Clay Products Drive  
Anchorage, Alaska 99517

CIBN 5/25/06

Re:  *Great Divide Ins. Co. v. Sonnenberg, et al.*  
     Case No.  :    3:06-cv-00055 (TMB)

Dear Roger:

This letter is sent to memorialize your agreement to grant a 30-day extension of the deadline for my client to file his answer to Great Divide's Complaint for Declaratory Relief.

If you have any questions or require any additional information, please do not hesitate to contact me at your convenience.

Very truly yours,

*[signature]*

Paul D. Stockler

cc:    Michael W. Flanigan  
        Timothy Sonnenberg

Exhibit __2__  
Page __1__ of __1__ Pages