Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendants
Timothy M. Sonnenberg and
T.S. Construction, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **GREAT DIVIDE INSURANCE COMPANY,** | )<br>)<br>) NO.: 3:06-cv-00055  TMB |
| **Plaintiff,** | )<br>) |
| v. | )<br>) |
| **TIMOTHY M. SONNENBERG, T S CONSTRUCTION, INC. and JOHN WATSON,** | ) **ENTRY OF APPEARANCE**<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

  COMES NOW Paul D. Stockler, and enters his appearance of record on behalf of defendants, Timothy M. Sonnenberg and T.S. Construction, Inc., in the above-captioned action, and requests that future copies of all correspondence and pleadings be served upon him at the Law Offices of Paul D. Stockler, 1309 West 16th Avenue, Anchorage, Alaska 99501.

DATED this 11th day of May, 2006 at Anchorage, Alaska.

LAW OFFICE OF PAUL D. STOCKLER
Counsel for Defendants
Timothy M. Sonnenberg and T.S. Construction, Inc.

By: s/ Paul D. Stockler
   1309 W. 16th Avenue
   Anchorage, Alaska  99501
   Phone: (907) 277-8564
   Fax: (907) 272-4877
   E-mail: paulstockler@aol.com
   Alaska Bar No.: 8606032

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2006, a true and correct copy of the foregoing document was served electronically on the following:

Roger F. Holmes
Michael W. Flanigan

s/ Paul D. Stockler

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877