Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendants
Timothy M. Sonnenberg and
T.S. Construction, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

GREAT DIVIDE INSURANCE )
COMPANY, )
) NO.: 3:06-cv-00055  TMB
Plaintiff, )
)
v. )
)
TIMOTHY M. SONNENBERG, )    DEMAND FOR JURY TRIAL
T S CONSTRUCTION, INC. and )
JOHN WATSON, )
)
Defendants. )
————————————————————————— )

COME NOW defendants, Timothy M. Sonnenberg and T.S. Construction, Inc., by and through counsel, Paul D. Stockler, and hereby demand a trial by jury in the above-entitled action.

//

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

DATED this 11th day of May, 2006 at Anchorage, Alaska.

                    LAW OFFICE OF PAUL D. STOCKLER
                    Counsel for Defendants
                    Timothy M. Sonnenberg and T.S.
                    Construction, Inc.

                    By: s/ Paul D. Stockler
                        1309 W. 16th Avenue
                        Anchorage, Alaska  99501
                        Phone: (907) 277-8564
                        Fax: (907) 272-4877
                        E-mail: paulstockler@aol.com
                        Alaska Bar No.: 8606032

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day
of May, 2006, a true and correct
copy of the foregoing document was
served electronically on the following:

Roger F. Holmes
Michael W. Flanigan

s/ Paul D. Stockler