Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com

Attorneys for John Watson

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE CO.,<br><br>        Plaintiff,<br><br>vs.<br><br>TIMOTHY M. SONNEBERG, T S CONSTRUCTION, INC., and JOHN WATSON,<br><br>        Defendants, | Case No. 3:06-cv-00055-TMB<br><br>**ANSWER TO COMPLAINT** |

Comes now John Watson by and through counsel, Walther & Flanigan, and for his Answer states as follows:

1. Watson is without sufficient information to affirm or deny same and therefore denies same.

2. Watson is without sufficient information to affirm or deny same and therefore denies same.

3. Admited

4. Admitted.

5. Admitted that the court has jurisdiction, denied that the court should exercise discretion to hear this matter given the pendency of the underlying tort claim in State Court.

6. Admitted that venue is proper is the court exercises it discretion to hear this matter.

7. Admitted.

8. Admitted.

9. Admitted.that Watson was injured on the job and that he is owed workers compensation. Watson is without sufficient information regarding whether Sonneberg and his corporation purchased workers compensation insurance to cover him, but admits that Sonneberg and his agents have not provided workers compensation benefits to him, to which he is entitled, and that failing the providing of workers compensation benefits, Sonneberg and his corporation are liable for tort damages under Alaska workers compensation laws.

10. Admitted.

11. Watson is without sufficient information to affirm or deny same and therefore denies same.

12. Watson is without sufficient information to affirm or deny same and therefore denies same.

## **AFFIRMATIVE DEFENSES**

1. Watson is not a party to the insurance agreements between Great Divide and Sonneberg and his corporation and therefore was improperly joined as a party in this matter.

2. Watson reserves the right to allege additional affirmative defenses if the Court concludes that Watson is a proper party in this matter.

WHEREFORE, Watson prays that he be dismissed from this matter and awarded his costs and fees and other equitable relief that the court deems just, for defending against this suit.

DATED THIS 19th DAY OF May, 2006.

        WALTHER & FLANIGAN
        ATTORNEYS FOR JOHN WATSON

        _____
        s/ Michael W. Flanigan
        1029 W. 3rd Ave., Ste 250
        Anchorage, Alaska, 99517-1014
        (907) 279-9999 Phone
        (907) 258-3804 Fax
        E-Mail: Waltherflanigan@cs.com
        Alaska Bar No. #7710114