Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendants
Timothy M. Sonnenberg and
T.S. Construction, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY M. SONNENBERG, T S CONSTRUCTION, INC. and JOHN WATSON, <br><br> Defendants. | ) <br> ) <br> ) NO.: 3:06-cv-00055  TMB <br> ) <br> ) <br> ) <br> ) <br> ) DEFENDANTS TIMOTHY M. <br> ) SONNENBERG AND T.S. <br> ) CONSTRUCTION'S ANSWER TO <br> ) PLAINTIFF'S COMPLAINT FOR <br> ) DECLARATORY RELIEF <br> ) |

COME NOW defendants, Timothy M. Sonnenberg and T.S. Construction, Inc., by and through counsel, Paul D. Stockler, and in Answer to Plaintiff's Complaint for Declaratory Relief, admit, deny and respond as follows:

1. Admit.

2. Admit.

3.   Admit.

4.   Admit.

5.   Admit.

6.   Admit.

7.   Admit.

8.   Admit.

9.   Admit.

10.  Admit.

11. This paragraph calls for a legal conclusion and no answer is required. To the extent an answer is required, the allegations are denied.

12. This paragraph calls for a legal conclusion and no answer is required. To the extent an answer is required, the allegations are denied.

DATED this 26th day of May, 2006 at Anchorage, Alaska.

    LAW OFFICE OF PAUL D. STOCKLER
    Counsel for Defendants
    Timothy M. Sonnenberg and T.S.
    Construction, Inc.

    By: s/ Paul D. Stockler
       1309 W. 16th Avenue
       Anchorage, Alaska  99501
       Phone: (907) 277-8564
       Fax: (907) 272-4877
       E-mail: paulstockler@aol.com
       Alaska Bar No.: 8606032

//

Law Office of Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

Great Divide Ins. Co. v. Sonnenberg, et al.
Answer to Complaint for Declaratory Relief
3:06-cv-00055 TMB
Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day
of May, 2006, a true and correct
copy of the foregoing document was
served electronically on the following:

Roger F. Holmes
Michael W. Flanigan

s/ Paul D. Stockler

Great Divide Ins. Co. v. Sonnenberg, et al.
Answer to Complaint for Declaratory Relief

3:06-cv-00055 TMB
Page 3 of 3