Michael W. Flanigan
WALTHER & FLANIGAN
1029 W. 3rd Ave., Ste. 250
Anchorage, Alaska, 99501
Telephone: (907)-279-9999
Facsimile: (907) 258-3804
E-Mail: waltherflanigan@cs.com

Attorneys for John Watson

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE CO. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cv-00055-TMB |
| vs. ) | |
| ) | |
| TIMOTHY M. SONNEBERG, T S ) | |
| CONSTRUCTION, INC., and ) | |
| JOHN WATSON,            . ) | **NOTICE OF SERVICE** |
| ) | |
| Defendants, ) | |
| _____ ) | |

Comes now Walther & Flanigan, and hereby gives the court notice that the

pleading docketed at [8] Answer to Complaint was served by electronic means on Paul D.

Stockler and Roger F. Holmes on May 19, 2006

DATED THIS 26th DAY OF May, 2006.

WALTHER & FLANIGAN
ATTORNEYS FOR JOHN WATSON

_____
s/ Michael W. Flanigan
1029 W. 3rd Ave., Ste 250
Anchorage, Alaska, 99517-1014
(907) 279-9999 Phone
(907) 258-3804 Fax
E-Mail: Waltherflanigan@cs.com
Alaska Bar No. #7710114

I hereby certify that this document will be served
Electronically on Paul D. Stockler and Roger F. Homes
On May 26, 2006

Date:  5/26/06 By: MWF