Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> Timothy M. Sonnenberg, T S Construction, Inc. and John Watson, <br><br> Defendants. | Case No. 3:06-cv-00055 TMB |

### PLAINTIFF GREAT DIVIDE INSURANCE COMPANY RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed R. Civ. P. 7.1, Great Divide Insurance Company provides the following information identifying its parent corporation(s) and publicly held stock ownership status:

Great Divide Insurance Company is owned 100% by Nautilus Insurance Company. Nautilus Insurance Company is owned 100% by Admiral Insurance Company. Admiral Insurance Company is not a publicly held corporation. Admiral Insurance Company is owned by Jersey International Holdings and Jersey International Holdings is wholly owned by W.R. Berkley Corporation. The W.

R. Berkley Corporation is a publicly held corporation (NYSE symbol BER).

DATED at Anchorage, Alaska, this 14th day of June, 2006.

        BISS & HOLMES
        Attorneys for Plaintiff
        GREAT DIVIDE INSURANCE CO.


        s/Roger F. Holmes
        3948 Clay Products Drive
        Anchorage, Alaska 99517-1014
        (907) 248-8013 Phone
        (907) 243-6695 Fax
        E-mail: roger.bh@gci.net
        AK Bar No. 7011060

Certificate of Service
I hereby certify that on June 14th, 2006, a copy of foregoing Plaintiff Great Divide Insurance Company Rule 7.1 Corporate Disclosure Statement was served electronically on:

Michael W. Flanigan, Esq.
Paul D. Stockler, Esq.

s/Roger F. Holmes