Roger F. Holmes, Esq.
Biss & Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff Great
Divide Insurance Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Great Divide Insurance Company, | ) | |
|     Plaintiff(s) | ) | Case No.  3:06-cv-00055 TMB |
| vs | ) | |
| | ) | |
| Timothy M. Sonnenberg, T.S. Construction, Inc., and John Watson, | ) ) | |
|     Defendant(s) | ) ) | SCHEDULING AND PLANNING CONFERENCE REPORT |

1. **Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held on June 14, 2006, and was attended by:

   (*Roger F. Holmes*)        attorney for plaintiff (*Great Divide Insurance Co.*)

   (*Paul D. Stockler*)       attorney for defendant (*Timothy M. Sonnenberg and T.S. Construction, Inc.*)

   (*Michael W. Flanigan*)    attorney for defendant (*John Watson*)

The parties recommend the following:

2. **Pre-Discovery Disclosures**.  The information required by F.R.Civ.P. 26(a)(1):

   ___  have been exchanged by the parties

   _x_  will be exchanged by the parties by (*July 21, 2006*)

   Proposed changes to disclosure requirements:

    Preliminary witness lists

        ___ have been exchanged by the parties

        _x_ will be exchanged by the parties by (*July 21, 2006*)

3.     **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

*(Whether the Great Divide insurance policy provides coverage for Jack Watson's claims against Tim Sonnenberg.*)

4.     **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

    A. Discovery will be needed on the following issues:

(*Whether the Great Divide insurance policy provides coverage for Watson's claim.* )

    B. All discovery commenced in time to be completed by (*December 1, 2006*) ("discovery close date").

    C. Limitations on Discovery.

        1.     Interrogatories

            _x_ No change from F.R.Civ.P. 33(a)

            ___ Maximum of ___ by each party to any other party.

            Responses due in ___ days.

        2.     Requests for Admissions.

            _X_ No change from F.R.Civ.P. 36(a).

            ___ Maximum of ___ requests.

            Responses due in ___ days.

        3.     Depositions.

            _x_ No change from F.R.Civ.P. 36(a), (d).

       \_\_\_\_ Maximum of \_\_\_\_ depositions by each party.

       \_\_\_\_ Depositions not to exceed \_\_\_\_ hours unless agreed to by all parties.

   D.   Reports from retained experts. <u>None anticipated at this time</u>.

       \_\_\_\_ Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

       \_\_\_\_ Reports due:

From plaintiff                From defendant

   E.   Supplementation of disclosures and discovery responses are to be made:

       _X_ Periodically at 60-day intervals from the entry of scheduling and planning order.

       \_\_\_\_ As new information is acquired, but not later than 60 days before the close of discovery.

   F.   A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

       _x_ 45 days prior to the close of discovery.

       \_\_\_\_ Not later than

5.   **Pretrial Motions**.

   _x_ No change from D.Ak. LR 16.1(c).

   The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

   \_\_\_\_ Motions to amend pleadings or add parties to be filed not later than .

   \_\_\_\_ Motions under the discovery rules must be filed not later than (*insert date*).

   \_\_\_\_ Motions in limine and dispositive motions must be filed not later than (*insert date*).

SCHEDULING & PLANNING CONFERENCE REPORT   3

6.  **Other Provisions**:

    A.  __x__ The parties do not request a conference with the court before the entry of the scheduling order.

    ____ The parties request a scheduling conference with the court on the following issue(s):

    B.  Alternative Dispute Resolution. [D.Ak. LR 16.2]

    __x__ This matter is not considered a candidate for court-annexed alternative dispute resolution.

    ____ The parties will file a request for alternative dispute resolution not later than .

    ____ Mediation     ____ Early Neutral Evaluation

    C.  The parties ____ do __x__ not consent to trial before a magistrate judge.

    D.  Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

    __x__ All parties have complied     ____ Compliance not required by any party

7.  **Trial**.

    A.  The matter will be ready for trial:

        __x__ 45 days after the discovery close date.

        ____ not later than .

    B.  This matter is expected to take __2__ days to try.

    C.  Jury Demanded __x__ Yes ____ No

        Right to jury trial disputed? __x__ Yes ____ No

Dated:  June 23, 2006

        BISS & HOLMES
        Attorneys for Plaintiff

        s/Roger F. Holmes
        Alaska Bar No. 7011060
        3948 Clay Products Drive
        Anchorage, Alaska 99517
        Telephone: (907) 248-8013
        Facsimile: (907) 243-6695
        E-mail: roger.bh@gci.net

        WALTHER & FLANIGAN
        Attorneys for Defendant John Watson

        s/Michael W. Flanigan
        Alaska Bar No.  7710114
        1029 W. 3rd Avenue, Suite 250
        Anchorage, Alaska 99501
        Telephone: (907) 279-9999
        Facsimile: (907) 258-3804
        E-mail: waltherflanigan@cs.com

        LAW OFFICE OF PAUL D. STOCKLER

        Attorneys for Defendants Timothy
        Sonnenberg and T.S. Construction, Inc.

        s/Paul D. Stockler
        Alaska Bar No. 8606032
        1309 W. 16th Avenue
        Anchorage, Alaska 99501
        Telephone: (907) 277-8564
        Facsimile (907) 2724877
        E-mail: paulstockler@aol.com

Certificate of Service

SCHEDULING & PLANNING CONFERENCE REPORT     5

I hereby certify that on June 23, 2006, a copy of forgoing <u>Scheduling and Planning Conference Report</u> was electronically served on:

Michael W. Flanigan, Esq.
Paul D. Stockler, Esq.

<u>s/Roger F. Holmes</u>