Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:06-CV-00055 TMB<br>) |
| Timothy M. Sonnenberg, T S Construction, Inc. and John Watson, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

### PLAINTIFF'S MOTION TO JOIN A NEW PARTY

Pursuant to Fed. R. Civ. P. 19(a) and the Pretrial Order, plaintiff moves this Court for an order allowing it to amend its complaint and add an additional defendant, American Interstate Insurance Company, to this action. This motion is based upon the pleadings of record and the memorandum submitted in support of this motion.

DATED at Anchorage, Alaska, this 21st day of August, 2006.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.

s/Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Phone
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
AK Bar No. 7011060

Certificate of Service
I hereby certify that on August 21, 2006, a copy of foregoing Plaintiff's Motion To Join A New Party was served electronically on:

Michael W. Flanigan, Esq.
Paul D. Stockler, Esq.

s/Roger F. Holmes