Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>Timothy M. Sonnenberg, T.S. Construction, Inc. and John Watson,<br><br>        Defendants. | Case No. 3:06-CV-00055 TMB |

### PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO JOIN PARTY

Plaintiff's Motion To Join A New Party is granted. Plaintiff shall file its Amended Complaint For Declaratory Relief adding American Interstate Insurance Company as an additional defendant and serve American Interstate Insurance Company.

DATED:_____

                                              Honorable Timothy M. Burgess
                                              U.S. DISTRICT COURT JUDGE

<u>Certificate of Service</u>
I hereby certify that on August <u>21</u>, 2006, a copy of foregoing <u>Proposed Order Granting Plaintiff's Motion To Join Party</u> was served electronically on:

Michael W. Flanigan, Esq.
Paul D. Stockler, Esq.

<u>s/Roger F. Holmes</u>