Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREET DIVIDE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>Timothy M. Sonnenberg, T S Construction, Inc. and John Watson,<br><br>            Defendants. | Case No. 3:06-CV-00055 TMB |

## MEMORANDUM IN SUPPORT OF
## PLAINTIFF'S MOTION TO JOIN A NEW PARTY

The Scheduling and Planning Order (Docket 14) states that motions to add parties must be filed by September 1, 2006. Pursuant to Fed. R. Civ. P. 19(a), the plaintiff asks this Court to allow it to amend the complaint and add American Interstate Insurance Company as a defendant. [Proposed Amended Complaint For Declaratory Relief attached as Exhibit 1.]

Defendant Watson sued Sonnenberg and T.S. Construction (Sonnenberg) alleging that he was an employee and entitled to workers compensation. (Docket 1, paragraph 9 and Exhibit 2) All the defendants have admitted that fact. (Docket Nos. 8 and 9). Plaintiff is the general liability carrier for Sonnenberg and has asked this Court for a ruling that it is not required to defend or indemnify Sonnenberg for the claims made against it by Watson. But that is only half of the equation. Sonnenberg apparently had workers compensation insurance at the time of Watson's injury through American Interstate Insurance Company. Sonnenberg has produced a copy of that policy to the plaintiff. If, as Watson claims, he was an employee at the time of his injury, he should be entitled to recover from Sonnenberg's workers compensation carrier.

It makes sense for this Court to adjudicate the entire insurance question arising out of Watson's injury. For it to do so, American Interstate must be a party. According to Best's Insurance Rating Bureau, American Interstate is a Louisiana Company whose presence will not defeat jurisdiction. Plaintiff believes that none of the defendants will oppose this motion.

For the reasons outlined above, plaintiff respectfully requests that the Court grant its motion and allow the plaintiff to file the amended complaint and serve it on American Interstate.

DATED at Anchorage, Alaska, this 21st day of August, 2006.

> BISS & HOLMES
> Attorneys for Plaintiff
> GREAT DIVIDE INSURANCE CO.
>
> s/Roger F. Holmes
> 3948 Clay Products Drive
> Anchorage, Alaska 99517-1014
> (907) 248-8013 Phone
> (907) 243-6695 Fax
> E-mail: roger.bh@gci.net
> AK Bar No. 7011060

Certificate of Service
I hereby certify that on August 21, 2006, a copy of foregoing Memorandum In Support Of Plaintiff's Motion To Join A New Party was served electronically on:

Michael W. Flanigan, Esq.
Paul D. Stockler, Esq.

s/Roger F. Holmes