Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GRET DIVIDE INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>v.<br><br>Timothy M. Sonnenberg, T S Construction, Inc. and John Watson and American Interstate Insurance Company,<br><br>  Defendants. | Case No. 3:06-CV-00055 TMB<br><br>**NOTICE OF PROOF OF SERVICE OF SUMMONS AND AMENDED COMPLAINT FOR DECLARATORY RELIEF ON DEFENDANT AMERICAN INTERSTATE INSURANCE COMPANY** |

Attached is a **Certificate of Service** from the State of Alaska, Department of Community and Economic Development, Division of Insurance, for service of Summons In A Civil Action, Amended Complaint For Declaratory Relief And Attached Exhibits In The U.S. District Court For The District of Alaska, certifying service on defendant American Interstate Insurance Company. (**Exhibit 1**)

NOTICE RE PROOF OF SERVICE
GREAT DIVIDE V. SONNENBERG
CASE NO. 3:06-CV-00055 TMB            1

DATED at Anchorage, Alaska, this 6th of October, 2006.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.


s/Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Phone
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
AK Bar No. 7011060


Certificate of Service
I hereby certify that on 10/6/06, a copy of the foregoing Notice of Proof of Service of Summons and Amended Complaint For Declaratory Relief On American Interstate Insurance Company was served electronically on:

Michael W. Flanigan, Esq.
Paul D. Stockler, Esq.

s/Roger F. Holmes