STATE OF ALASKA
DEPARTMENT OF COMMUNITY AND ECONOMIC DEVELOPMENT
DIVISION OF INSURANCE
JUNEAU, ALASKA

CERTIFICATE OF SERVICE

I, Linda S. Hall, Director of Insurance, certify that I have been served with the attached document(s): SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT FOR DECLARATORY RELIEF AND ATTACHED EXHIBITS IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA,

GREAT DIVIDE INSURANCE COMPANY,

VS

TIMOTHY M. SONNENBERG, T S CONSTRUCTION, INC., JOHN WATSON AND AMERICAN INTERSTATE INSURANCE COMPANY,

CASE NO. 3:06-CV-00055 TMB

and that I have accepted, on your behalf, the above service, as received through the U.S. Mail in Juneau, Alaska, on the 3RD DAY OF OCTOBER, 2006.

In accordance with the provisions of AS 21.09.180-190, one copy of the document together with my certification is forwarded to you:

AMERICAN INTERSTATE INSURANCE COMPANY,

at your address on file in this office, via certified mail, return receipt requested.

Do not file your answer or response with this office. Direct your questions or response to the court, attorney, or party whose name and address appear on the document served.

Linda S. Hall
Director

Service of Process Section
Division of Insurance
P.O. Box 110805
Juneau, AK 99811-0805
Catherine Watson
Phone (907) 465-2515



IN TESTIMONY WHEREOF
I have hereunto set my
hand and affixed my
official seal, at
Juneau, Alaska this
3RD DAY OF OCTOBER, 2006.

Exhibit ___1___
Page ___1___ of ___2___ Pages

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

ROGER F. HOLMES, ESQ.
BISS & HOLMES
3948 CLAY PRODUCTS DRIVE
ANCHORAGE AK 99517-1014

C030

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LINDA S HALL - DIRECTOR
STATE OF ALASKA
DIVISION OF INSURANCE
P.O. BOX 110805
JUNEAU AK 99811-0805

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ~~~~~~  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7005 0390 0000 6109 9726

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

Exhibit ___1___
Page ___2___ of ___2___ Pages