IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| TIMOTHY M. SONNENBERG, T S CONSTRUCTION, INC., JOHN WATSON AND AMERICAN INTERSTATE INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) Case No.: 3:06-cv-00055-TMB ) |

**ENTRY OF APPEARANCE**

Michael C. Geraghty, of the law firm of DeLISIO MORAN GERAGHTY & ZOBEL, P.C., enters the firm's appearance on behalf of American Interstate Insurance Company, and requests that copies of all pleadings in this matter be forwarded to the firm at 943 West 6th Avenue, Anchorage, Alaska 99501-2033.

DATED this 11th day of October, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Defendant
American Interstate Insurance Company

By: /s/ Michael C. Geraghty
Michael C. Geraghty
Bar No. 7811097
E-Mail: mgeraghty@dmgz.com
943 West 6th Avenue
Anchorage, Alaska 99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 11th day of October, 2006,
to the following:

| | |
|---|---|
| Michael W. Flanigan, Esq. | Roger F. Holmes, Esq. |
| Walther & Flanigan | Bliss & Holmes |
| Resolution Plaza | 3948 Clay Products Dr. |
| 1029 W. 3rd Ave., Ste. 250 | Anchorage, AK 99517-1014 |
| Anchorage, AK 99501 | |

Paul D. Stockler, Esq.
109 W. 16th Ave.
Anchorage, AK 99501

    /s/ Juliana Wood
By _____
    Juliana Wood

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
——
(907) 279-9574