Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) Timothy M. Sonnenberg, T.S. ) Construction, Inc. and ) John Watson and American ) Interstate Insurance Company, ) ) Defendants. ) _____) | Case No. 3:06-CV-00055 TMB  **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Fed. Rule of Civ. P. 56(a), plaintiff moves this Court for an order granting it summary judgment. There are no material issues of fact and plaintiff is entitled to summary judgment as a matter of law. The motion is based upon the pleadings of record and the memorandum submitted in support of this motion.

DATED at Anchorage, Alaska, this 2nd day of January, 2007.

BISS & HOLMES
Attorneys for Plaintiff
GREAT DIVIDE INSURANCE CO.

s/Roger F. Holmes
3948 Clay Products Drive
Anchorage, Alaska 99517-1014
(907) 248-8013 Phone
(907) 243-6695 Fax
E-mail: roger.bh@gci.net
AK Bar No. 7011060

Certificate of Service
I certify that on
January 2, 2007, a copy of
foregoing Plaintiff's Motion
For Summary Judgment was
served electronically
on:

Michael W. Flanigan, Esq.
Michael C. Geraghty, Esq.
Paul D. Stockler, Esq.

s/Roger F. Holmes