Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> Timothy M. Sonnenberg, T.S. Construction, Inc. and John Watson and American Interstate Insurance Company, <br><br> Defendants. | Case No. 3:06-CV-00055 TMB <br><br> <u>PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u> |

The Court having reviewed the pleadings of parties on plaintiff's motion for summary judgment, finds as follows:

There are no material issues of fact.

Plaintiff is entitled to summary judgment as a matter of law.

Plaintiff's motion for summary judgment is granted.

<u>PROPOSED ORDER RE SJ
GREAT DIVIDE V. SONNENBERG
CASE NO. 3:06-cv-00055 TMB</u>       1

Great Divide has no duty to defend or indemnify Timothy M. Sonnenberg and T.S. Construction, Inc., for the claims brought against them by John Watson under its policy GC240519.

John Watson has no right to make any claim for benefits under the Great Divide policy GC258644-01.

DATED:_____

                                                 Honorable Timothy M. Burgess
U.S. DISTRICT COURT JUDGE

<u>Certificate of Service</u>
I certify that on January 2, 2007, a copy of foregoing <u>Proposed Order Granting Plaintiff's Motion For Summary Judgment</u> was served electronically on:

Michael W. Flanigan, Esq.
Michael C. Geraghty, Esq.
Paul D. Stockler, Esq.

<u>s/Roger F. Holmes</u>