1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF ALASKA

3   GREAT DIVIDE INSURANCE          )
    COMPANY,                        )
4                                   )
            Plaintiff,              )
5                                   )
        vs.                         )
6                                   )
    TIMOTHY M. SONNENBERG, TS       )
7   CONSTRUCTION, INC. and JOHN    .)
    WATSON,                         )
8                                   )
            Defendants.             )
9   _____)   Case No. 3:06-CV-00055TMB

10          IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

11             FOURTH JUDICIAL DISTRICT AT FAIRBANKS

12  JOHN WATSON,                    )
                                    )
13          Plaintiff,              )
                                    )
14      vs.                         )
                                    )
15  TIMOTHY SONNENBERG and          )
    T.S. CONSTRUCTION, INC.,       .)
16                                  )
                                    )
17          Defendants.             )
    _____)   Case No. 4FA-05-02691 Civil
18

19            DEPOSITION OF TIMOTHY SONNENBERG

20                  Anchorage, Alaska
                    November 17, 2006
21

22  APPEARANCES:

23  FOR GREAT DIVIDE          ROGER F. HOLMES, ESQ.
      INSURANCE COMPANY:      Biss & Holmes
24                            3948 Clay Products Drive
                              Anchorage, Alaska  99517
25                            (907) 248-8013

Exhibit____4____

Page____1____ of _28_ Pages

All rights reserved.  This transcript must not be reproduced in any form without the written permission of

-6-

| | | |
|---|---|---|
| 1 | Q | All right. Mr. Sonnenberg, what's your occupation, |
| 2 | | sir? |
| 3 | A | I'm a Project Manager for TS Construction. |
| 4 | Q | Okay. And what is TS Construction? |
| 5 | A | A residential, commercial general contractor. |
| 6 | Q | Okay. And is that a corporation or a company..... |
| 7 | A | Yes. |
| 8 | Q | .....or a LLC or..... |
| 9 | A | It's a corporation..... |
| 10 | Q | Okay. |
| 11 | A | .....company. |
| 12 | Q | Okay. And is there more than one stockholder? |
| 13 | A | No, I own all shares. |
| 14 | Q | Okay. So you're the 100 percent owner? |
| 15 | A | Yes. |
| 16 | Q | Okay. And how long have you been in this particular -- |
| 17 | | how long has TS Construction been in business? |
| 18 | A | Since about '96, 10 -- about 10 years. |
| 19 | Q | Okay. Just a second, I'm going to close the door here. |
| 20 | | Or Paul will, thank you. Now in the course of your |
| 21 | | work does TS Construction have employees it employs to |
| 22 | | do -- to carry out its business of constructing |
| 23 | | residential, commercial properties? |
| 24 | A | Employees? |
| 25 | Q | Yes, sir. |

Exhibit ___4___

Page___2__ of _28_ Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved. This transcript must not be reproduced in any form without the written permission of
Kron Associates Court Reporting

-7-

| | | |
|---|---|---|
| 1 | A | Of course. |
| 2 | Q | Okay.  And would you be one of those? |
| 3 | A | Occasionally. |
| 4 | Q | Okay. |
| 5 | A | When I get tired of sitting in the office. |
| 6 | Q | Okay.  And does TS Construction also from time to time |
| 7 | | hire contractors to carry out whatever might be |
| 8 | | required that your employees can't do? |
| 9 | A | All the time, sure. |
| 10 | Q | Okay.  And does your company carry -- let me just zero |
| 11 | | in on 2000, on this particular accident.  Was your |
| 12 | | company employed to build a house for your brother, |
| 13 | | Paul Sonnenberg? |
| 14 | A | Yes. |
| 15 | Q | Okay.  And was there any written contract..... |
| 16 | A | No. |
| 17 | Q | .....that laid out anything? |
| 18 | A | No. |
| 19 | Q | Okay. |

20       MR. STOCKLER:  She has to type up what everyone's

21  saying so it's hard if you both talk at the same time.  So I

22  know you know his question.....

23       THE WITNESS:  Okay, all right.

24       MR. STOCKLER:  .....but let him finish talking before

25  you answer.

Exhibit____4_____

Page___3___of_28_Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of
Kron Associates Court Reporting

-8-

| | | |
|---|---|---|
| 1 | Q | And so what was the arrangement as far as you |
| 2 | | understood it? |
| 3 | A | Well, he provides the money and I build the house. |
| 4 | Q | Okay.  And did..... |
| 5 | A | He had nothing to do with the finances at all. |
| 6 | Q | Well, I'm not so interested in the finances.  I mean is |
| 7 | | it also true he had nothing to do with building the |
| 8 | | house? |
| 9 | A | That's correct. |
| 10 | Q | Okay.  And I think he was earlier telling us that there |
| 11 | | was some kind of a construction account set up whereby |
| 12 | | you would utilize that account to pay for whatever was |
| 13 | | required to build the house. |
| 14 | A | Yes.  The way it worked is he got the construction loan |
| 15 | | and we set up a separate account for that job.  With my |
| 16 | | name on it so I could write checks or sign them and my |
| 17 | | office could write checks to vendors and -- well, |
| 18 | | everything pertaining to the job that needed to be |
| 19 | | paid. |
| 20 | Q | Okay. |
| 21 | A | So that's the way that particular job was -- I mean |
| 22 | | worked or operated..... |
| 23 | Q | Okay. |
| 24 | A | .....as far as finances. |
| 25 | Q | When did the construction start on that particular job? |

Exhibit____4____

Page____4____ of __28__ Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of
Kron Associates Court Reporting.

-9-

| | | |
|---|---|---|
| 1 | A | Oh, I believe it was somewhere March of '05.  March, |
| 2 | | April of '05, something around there. |
| 3 | Q | Okay.  Now who did you have -- well, let me ask you |
| 4 | | this.  In your line of work do you have temporary as |
| 5 | | well as full-time employees? |
| 6 | A | Yes. |
| 7 | Q | Okay.  And would it also be true that your work is |
| 8 | | mostly seasonal? |
| 9 | A | No. |
| 10 | Q | You work year around? |
| 11 | A | Yeah..... |
| 12 | Q | Okay. |
| 13 | A | .....I keep most -- my permanent guys I keep year |
| 14 | | around. |
| 15 | Q | Okay.  And -- but you might hire temporary workers to |
| 16 | | assist you in getting things done if you've got the |
| 17 | | necessity for that. |
| 18 | A | That's correct.  Summertime is usually, you know, a lot |
| 19 | | higher demand for construction work and so..... |
| 20 | Q | Okay. |
| 21 | A | .....we, you know, build up the work force at the |
| 22 | | company to accommodate that. |
| 23 | Q | Did you have occasion to ever meet Mr. John Watson? |
| 24 | A | Yes. |
| 25 | Q | And when did you meet Mr. Watson?  When did you first |

Exhibit_____4_____

Page____5____ of 28 Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-10-

| | | |
|---|---|---|
| 1 | | meet Mr. Watson I should say. |
| 2 | A | Probably the summer of '04. |
| 3 | Q | And what was the occasion? |
| 4 | A | I was looking for somebody to roof -- do shingle |
| 5 | | roofing for me and insulation of shingle roofs for me. |
| 6 | Q | Okay.  And this would be on houses that your company |
| 7 | | was building? |
| 8 | A | Yes. |
| 9 | Q | Okay. |
| 10 | A | Houses that we were building or any subcontracts that |
| 11 | | we had for anything that might -- well, if there was |
| 12 | | any roofing involved, any roofing at all. |
| 13 | Q | Does your company besides -- you know, being the |
| 14 | | general contractor on buildings does your company |
| 15 | | sometimes act as a subcontractor then? |
| 16 | A | We do, yes, all the time. |
| 17 | Q | Okay.  And what kind of work does your company do as a |
| 18 | | subcontractor or has it done as a subcontractor? |
| 19 | A | Finish work -- well, you name it, I mean I could go |
| 20 | | right down the list.  Anything to do with..... |
| 21 | Q | How about roofing? |
| 22 | A | Yes. |
| 23 | Q | Okay.  And maybe I interrupted you.  Were you about to |
| 24 | | tell me that virtually anything that has to do with the |
| 25 | | construction trade you guys have acted as a |

Exhibit  4

Page  6  of  28  Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-11-

| | | |
|---|---|---|
| 1 | | subcontractor? |
| 2 | A | Pretty much.  There's really not anything I can think |
| 3 | | of that we haven't done whether it be as a general |
| 4 | | contractor or as a sub.  I mean we have dirt equipment |
| 5 | | so, you know, everything from dirt all the way up. |
| 6 | Q | Okay. |
| 7 | A | Clearing, window installation, roofing, finish work, |
| 8 | | foundations, framing..... |
| 9 | Q | Okay. |
| 10 | A | .....pretty much all aspects.  If it's lucrative and |
| 11 | | they like my price we'll do it. |
| 12 | Q | Okay.  And when you were -- when you met Mr. Watson and |
| 13 | | you said you were looking for somebody to shingle |
| 14 | | roofs, what did -- could you recall what your |
| 15 | | discussion with him at that time was, 2004, in terms of |
| 16 | | him doing that for you? |
| 17 | A | Well, the way I got a hold of him was I had a nephew |
| 18 | | working for another construction company in North Pole |
| 19 | | and I asked him -- he was a lead framer for that |
| 20 | | company and I asked him who was installing their roofs, |
| 21 | | who was, you know, putting the shingles on for them, |
| 22 | | and he told me John Watson.  And so..... |
| 23 | Q | Was that Steve Bee? |
| 24 | A | It was. |
| 25 | Q | Steve Bee?  Okay. |

Exhibit    4

Page    7   of 28   Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-12-

1  A    Yes.  And so I -- I believe I got the number from Steve

2      Bee and I contacted John and asked him if he'd be

3      interested in doing some more roofs.

4  Q    Okay.  And did you and he reach some kind of an

5      agreement in terms of doing that?

6  A    Yes.  I asked him the cost and he told me per square,

7      one square being 100 square feet, 10 by 10, that's how

8      roofs go and.....

9  Q    You know, one of -- we've heard some discussion about

10      it before and I just wanted to ask, is that figured on

11      the square footage of the roof or is it figured on the

12      amount of shingles?

13  A    On the amount of shingles.

14  Q    Because they overlap each other.

15  A    They overlap, yeah.  So -- and not only that, I mean

16      you have starter route -- starter strips, you have cap

17      for the top peak.  And so basically the way I've always

18      handled it with any of my subs is I figure out how many

19      shingles and each one of those is one-third square and

20      however many was used that's what I pay off of.

21  Q    Okay.  So it's basically based on the amount of

22      shingles.

23  A    Exactly.

24  Q    Okay.  And was the -- well, what was the price that he

25      -- that you guys agreed to on per square?

Exhibit ____4____

Page ___8___ of _28_ Pages

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-13-

1   A   $20.00 per square.

2   Q   Okay.  And was there -- did he then go ahead and do

3       roofing for you in the summer of '04?

4   A   He did.

5   Q   Okay.  And do you know how many houses that he assisted

6       you on or.....

7   A   Not very many.  He was one of I think several roofers I

8       had.  I'd venture to guess three or four.

9   Q   Okay.  Three or four houses?

10  A   Yeah.

11  Q   Okay.  And is the -- he didn't have a receipt for those

12      jobs.  Do you think you might have checks to, you know,

13      show payment for those jobs in '04?

14  A   Oh, I'm sure that I could have my office manager look

15      up in the computer.

16  Q   Okay.  Well, just -- I'd just ask your counsel this,

17      they wouldn't mind assist here.....

18      MR. STOCKLER:  Sure, that's fair.

19  Q   .....if we could get earnings records for '04 from your

20      client.  Okay.  All right.  Was there ever any kind of

21      a written contract between yourself and Mr. Watson from

22      the time you first started using his services until his

23      accident?

24  A   No.

25  Q   Did you ever inquire of him or discuss with him whether

Exhibit ___4___

Page ___9___ of __28__ Pages

All rights reserved.  This transcript must not be reproduced in any form without the written permission of
Kron Associates Court Reporting.

-14-

| | | |
|---|---|---|
| 1 | | or not he had any kind of a business license, |
| 2 | | contractor's license or the like? |
| 3 | A | I believe it came up in discussion once or twice. |
| 4 | Q | And what do you recall about that? |
| 5 | A | He told me that he -- that he did not. |
| 6 | Q | Okay.  All right.  And did you ever have any |
| 7 | | discussions with him from the time you first started |
| 8 | | using his services until his accident about whether or |
| 9 | | not he had any kind of workers compensation coverage |
| 10 | | through any policy other than any -- other than any |
| 11 | | that he might be covered for working for various other |
| 12 | | people? |
| 13 | A | We never discussed workmans comp coverage, all we |
| 14 | | discussed was I guess insurance per se. |
| 15 | Q | Oh, insurance? |
| 16 | A | In -- yeah. |
| 17 | Q | What kind of insurance would that have been? |
| 18 | A | Well, just business insurance or..... |
| 19 | Q | Okay. |
| 20 | A | .....you know, insurance required to..... |
| 21 | Q | Okay.  And what do you recall about that, did he -- |
| 22 | | what do you recall that he advised you in terms of |
| 23 | | whether or not he was carrying any kind of insurance? |
| 24 | A | He said no..... |
| 25 | Q | Okay. |

Exhibit ___4___

Page ___10___ of ___28___ Pages

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-15-

1   A   .....on our original discussion in '04.

2   Q   Okay.  And did that -- did he ever advise you to the

3       contrary after that?

4   A   He did not.

5   Q   Okay.  Now when he was working -- when he was doing

6       work for you in regards to these roofing jobs would you

7       inspect them at various times either during or after

8       the completion of the roofing?

9   A   Yes.

10  Q   Okay.

11  A   I usually visit my jobs most of the time, you know,

12      every day or every couple of days, just quality control

13      and seeing how things are getting done, you know.  I

14      mean that's -- it has to happen for, you know, quality

15      control.

16  Q   Now did you -- at that time did you believe you had the

17      right to tell him he was doing it wrong if he was doing

18      it in a manner that didn't comport with the way you

19      thought it ought to be done?

20  A   Yes.

21  Q   Okay.  And at that time did -- at the time he was doing

22      roofing for you did you believe that you had the right

23      to basically order him off the job if you thought that

24      he was doing it improperly or unsafely?

25  A   Yes.

Exhibit _____4_____

Page____11___ of _28_ Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-16-

1   Q   Okay.

2   A   Most of the time during the roofing days I didn't visit

3       the job a lot.  It was mostly -- that's such a short

4       time and not a big part of the whole scope of a -- say

5       a construction of a house.  I didn't always visit it

6       say daily.....

7   Q   I understand, but.....

8   A   .....during those times.

9   Q   And he had various people that -- did he have various

10      people that he -- that worked with him from time to

11      time on your jobs?

12  A   I observed that on several occasions, yes.

13  Q   Okay.  And did you feel you had the right to order any

14      of those people off the job if you thought they were

15      doing the job improperly. or unsafely?

16  A   Being the general contractor I feel I have the right to

17      order anybody, sub or employee, off the job if they're

18      being unsafe or performing unworkmanlike quality work.

19  Q   Okay.

20  A   And I will exercise that right.

21  Q   Okay.

22  A   And then.....

23  Q   And, for instance, if Mr. Watson, for instance, was off

24      on an errand or in the can and you saw one of the

25      people that normally worked with him up on the roof

Exhibit____4____

Page____17____of__28__ Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of
Kron Associates Court Reporting.