-17-

| | | |
|---|---|---|
| 1 | | doing it improperly or unsafely from your standpoint, |
| 2 | | did you feel you had the right to order that person |
| 3 | | around? And order them off the job. |
| 4 | A | Usually in a case like that I would usually address |
| 5 | | John. But if it was something drastic enough, yes, I |
| 6 | | would address that person. |
| 7 | Q | Okay. All right. Now on these jobs was it the case |
| 8 | | that sometimes you provided equipment for -- that was |
| 9 | | used in the roofing? |
| 10 | A | Yes. |
| 11 | Q | And what kind of equipment might you have provided from |
| 12 | | time to time to do the roofing? |
| 13 | A | Whatever might be needed. |
| 14 | Q | For instance ladders? |
| 15 | A | Yes. |
| 16 | Q | Compressors? |
| 17 | A | If they're needed, yes. |
| 18 | Q | Okay. |
| 19 | A | If the roofer doesn't have them, yes. |
| 20 | Q | Okay. Or hoses, compressor hoses? |
| 21 | A | Yes. |
| 22 | Q | Okay. |
| 23 | A | Nail guns. |
| 24 | Q | Okay, nail guns, okay. What about the materials for |
| 25 | | the roofing, on the occasions that you used Mr. Watson |

Exhibit 4
Page 13 of 28 Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved. This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-18-

```
 1        to provide that service who provided the materials for
 2        those jobs?
 3   A    I did.
 4   Q    Was that also true on your brother's.....
 5   A    Yes.
 6   Q    .....job?  Okay.
 7        MR. HOLMES:  Tools and materials?
 8        MR. FLANIGAN:  No, I was just asking him about
 9   materials.
10        MR. HOLMES:  Okay.
11   A    Some materials -- or some -- I'm sorry, some tools he
12        provided on that job.
13   Q    Right, I haven't got to that.
14   A    Okay.
15   Q    I was just asking about materials at this point.
16        MS. BARLOW:  Did you ask about this specific job
17   or.....
18        MR. FLANIGAN:  Yes.
19        MS. BARLOW:  .....in general?
20        MR. FLANIGAN:  Well, I asked in general and then I was
21   asking about this particular job, was that the case with Mr.
22   -- with his brother's job, that the materials were all
23   provided by you.
24   A    That's correct.
25   Q    Okay.  I've got some photographs of a ladder and I
```

Exhibit __4__
Page __14__ of __28__ Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved. This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-19-

1   wanted to ask whether or not you can identify whose
2   ladder that is.  These were represented to me as being
3   pictures taken from your brother's job.
4                   (Exhibit 7 marked for identification)
5   (Pause)
6  A  That looks like one of our ladders but I don't see
7     either green paint or TSC on the side.
8  Q  Yeah, it's not taken from that angle, is it?  Okay.
9  A  I don't see any green paint or a TSC on the side.  So
10    of these photos, I know I provided a ladder that looked
11    a lot like this but.....
12 Q  Okay.
13 A  .....I can't say for sure that this is mine because I
14    don't see any green paint or a -- the letter TS --
15    letters TSC on the ladder.
16 Q  Was the -- if that was your company's ladder would that
17    be consistent with other jobs where you've provided
18    ladders for work in -- doing roof work?
19 A  Not always.
20 Q  Okay.  No, but I mean -- I'm not saying would it always
21    occur, I'm just saying would it be consistent with
22    other times that you've done that.
23 A  Well, like I said, sometimes I provide ladders.  For
24    example, if somebody didn't want to take a ladder out
25    there I might say, well, we have an extension ladder

Exhibit   4
Page  15  of  28  Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of
Kron Associates Court Reporting.

-20-

| | | |
|---|---|---|
| 1 | | out there. |
| 2 | Q | Okay. |
| 3 | A | There's no absolute in that case so I can't..... |
| 4 | Q | Okay. |
| 5 | A | .....answer that universally. |
| 6 | Q | And do you recall in regards to your brother's job |
| 7 | | whether or not you had a discussion with Mr. Watson |
| 8 | | prior to him going out -- well, let me just do a couple |
| 9 | | of foundational questions.  Your principle place of |
| 10 | | business is where? |
| 11 | A | Fairbanks. |
| 12 | Q | And Mr. -- do you understand where Mr. -- have an |
| 13 | | understanding where Mr. Watson's principle place of |
| 14 | | residence is? |
| 15 | A | I believe it's North Pole. |
| 16 | Q | Okay.  In the Fairbanks area? |
| 17 | A | Yes. |
| 18 | Q | And this job for your brother was where? |
| 19 | A | Wasilla. |
| 20 | Q | Okay.  And that's approximately 300 and some miles |
| 21 | | away? |
| 22 | A | Yes. |
| 23 | Q | Okay.  Do you recall having a discussion with Mr. |
| 24 | | Watson about doing that particular job? |
| 25 | A | Yes. |

Exhibit 4
Page 16 of 28 Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-21-

| | | |
|---|---|---|
| 1 | Q | Okay. And what do you recall about that? |
| 2 | A | He came into my office and I'm not sure -- I don't |
| 3 | | remember why he was there. But he asked if I had |
| 4 | | anymore work or any work coming up. Maybe -- he might |
| 5 | | have just finished a job for me and I told him I had a |
| 6 | | job coming up in maybe several months, I forget the |
| 7 | | actual time. But it was concerning this job. And we |
| 8 | | simply discussed -- I kind of threw it out there half |
| 9 | | joking, you know, you -- would you like to go down to |
| 10 | | Wasilla, I have a house going down there, and roof it. |
| 11 | | And I did not expect him to say yes but he said |
| 12 | | sure..... |
| 13 | Q | Okay. |
| 14 | A | .....you give me plenty of notice, a couple weeks |
| 15 | | notice. and I will make arrangements to take off work |
| 16 | | and I'll go down and, you know, perform the work |
| 17 | | needed..... |
| 18 | Q | Okay. |
| 19 | A | .....on the roof. |
| 20 | Q | And so did you and he agree on a particular time for |
| 21 | | him to go down and do it then? |
| 22 | A | Yes. |
| 23 | Q | Okay. And do you recall providing money to him for the |
| 24 | | gas money to get down there? |
| 25 | A | I believe I did cover his money for gas and I think I |

Exhibit 4
Page 17 of 78 Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved. This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-22-

```
 1          covered his hotel.
 2  Q       Okay.  And do you recall having a discussion with him
 3          about what equipment might be available at the site for
 4          him to use so he wouldn't have to bring it down
 5          himself?
 6  A       Yes.
 7  Q       And what do you recall telling him?
 8  A       I told him that we had a generator, that power hadn't
 9          been hooked up yet.  I had a job trailer there as you
10          can see in the pictures.  I had a compressor, I had a
11          ladder.  I may have even told him that we had an extra
12          nail gun if he needed it and.....
13  Q       Okay.
14  A       .....and one or two lengths of hose.
15  Q       Okay.  Now were you at the site at the time of the
16          accident?
17  A       No.
18  Q       Were you -- where were you at at that time if you
19          recall?
20  A       I don't recall.  I think I was out of town because --
21          what was the date of the accident?
22  Q       I think it's the 29th of April.
23  A       I think I may have out -- been out bear hunting or
24          something.  Because I remember I didn't hear about it
25          until a couple days after it happened.
```

Exhibit 4
Page 18 of 78 Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved. This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-26-

```
 1          to do with.....
 2  A       Yeah, there was a little bit left for something, I
 3          don't remember.
 4  Q       Out of pocket costs?
 5  A       Yeah.
 6  Q       Okay.
 7  A       I think we set up the hotel but -- I think my office
 8          set up the hotel but I'm not sure.
 9  Q       Could have been for food or.....
10  A       It might have been.  I don't know.
11  Q       Okay.
12  A       I don't recall.
13  Q       All right.  And is that the same account that was the
14          construction account that we set up -- we talked about
15          before?
16  A       Yes, I believe so.
17  Q       Okay.
18          (Pause)
19  Q       Since the accident occurred have you had occasion to
20          discuss with your workers compensation insurer's
21          representatives your position on whether or not you
22          believe that Mr. Watson was an employee of your company
23          at the time of the accident?
24  A       That's kind of the issue in question, isn't it?
25  Q       It is.  Absolutely.  Bingo.
```

Exhibit 4
Page 19 of 78 Pages

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-27-

| | | |
|---|---|---|
| 1 | A | I haven't really discussed too much with them, no. |
| 2 | Q | Okay. |
| 3 | A | Ini -- go ahead. |
| 4 | Q | No, go ahead. I know wh..... |
| 5 | A | Initially I was pretty -- pretty irritated with the whole situation, pretty -- yeah, that's a good word to describe it. And I initially told them no because he was treated as such. But I guess you ask person A and they're going to say no, you ask person B and they're going to say yes. |
| 11 | Q | So you've had some time to think about this particular matter in the meantime? |
| 13 | A | Yeah. |
| 14 | Q | Get over the initial shock of the whole thing. And have you -- what is your position today in terms of whether or not you believe Mr. Watson was or was not an employee at the time of the accident? |
| 18 | A | I still don't know what I think. I guess he could have been -- because of the insurance situation I guess he could almost be considered an employee because my insurance would have to umbrella him in all aspects because he was on the job site without insurance. |
| 23 | Q | Was -- let's go off the record a second. |
| 24 | | THE REPORTER: We're off the record. |
| 25 | | (Off record at 1:45 p.m.) |

Exhibit 4
Page 20 of 28 Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved. This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-30-

1    roofing business that he did a few roofs for us also.
2    I don't recall his name. I know his first name but I
3    don't.....
4  Q  And were you -- was your company carrying workers
5    compensation in 2004 and 2005?
6  A  We always carry workmans compensation.
7  Q  Okay. And because you have workers that come and go --
8    well, that's correct, isn't it, you have workers that
9    you employ sometimes but not all the time?
10 A  Well, most of our temporary hires are either temporary
11   because they're not cutting it or temporary say
12   laborers working through the summer and younger guys
13   that have to go back to school or a situation similar
14   to that.
15 Q  Okay. So -- and was it your belief that even the
16   people you hired on temporary status were covered under
17   your policy?
18 A  Sure. Yeah, because if something happened I -- you
19   know, I don't want to be liable. They cut their hand
20   off, of course.
21 Q  Okay.
22   (Pause)
23 Q  I think that's all the questions I have at this time.
24   MR. STOCKLER: Roger or Nora?
25   MR. HOLMES: Sure.

Exhibit 4
Page 21 of 28 Pages

All rights reserved. This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-31-

CROSS EXAMINATION

BY MR. HOLMES:

Q   Mr. Sonnenberg, I represent Great Divide, I just got a few questions. You knew that Mr. Watson didn't have insurance, correct?

A   I knew he didn't have insurance in '04.

Q   Okay. And you didn't ask in '05, right?

A   I did -- it wasn't discussed, no.

Q   Okay. Did you know in '04 that he didn't have a license?

A   I believe I knew that.

Q   Right. Because in order to get any kind of a specialty contracting license you have to have insurance, right? And a bond.

A   I -- it's been so long since.....

Q   Okay.

A   .....we've done that I don't -- yeah, I don't recall if you have to or not.

Q   But in any event you knew he didn't have a license.

A   Right.

Q   And this was your -- you were the general contractor on this job, right?

A   I was.

Q   Okay. I want to read you a couple of entries out of the -- what appear to be the logs of your comp carrier.

Exhibit 4
Page 22 of 28 Pages

All rights reserved. This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.