-35-

```
 1   A   Yes.
 2   Q   I mean you didn't lie to them, did you?
 3   A   No, I didn't lie to them.  But, as I stated before
 4       earlier in the deposition, you know, this whole
 5       situation kind of gets my dander up a little bit and I
 6       -- you know, I tend to maybe say more than I should or
 7       things that maybe I shouldn't have and -- because I get
 8       angry about it.
 9   Q   Okay.  You understand there are certain legal tests for
10       who is or who isn't your employee for purposes on the
11       job.
12   A   Yes, I do, but that's not my decision to make.
13   Q   Right.  And you understand now that in order to protect
14       yourself on the job that if you're hiring people you
15       either make sure they're licensed and bonded or they
16       don't work on the job if you want to put them in a
17       subcontractor category?
18   A   Yes, I -- yes.
19   Q   Are you doing things differently now than you did when
20       this.....
21   A   Of course.
22   Q   .....accident happened?  Okay.  So would it be fair to
23       say that in your own mind then and now there's a
24       certain amount of confusion as to what Mr. Watson's
25       legal status was?
```

Exhibit 4
Page 23 of 28 Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting

-36-

1   A    Yes.

2   Q    Okay.  I don't have any other questions.

3        MS. BARLOW:  (Indiscernible).

4        THE REPORTER:  I'm sorry, would you please put the
5   microphone on?

6        MR. STOCKLER:  You need that mic on.

7        MR. HOLMES:  Oh, sorry.

8                    CROSS EXAMINATION

9   BY MS. BARLOW:

10  Q    Can you tell me who Tanya is?

11  A    Office manager for TS Construction.

12  Q    And why did you call your workers comp carrier -- it
13       looks like the first contact is in August 19th of 2005.
14       Does that sound about right?

15  A    Yes.

16  Q    And why did you contact your carrier at that point?

17  A    I contacted my brother first and I had him talk to his
18       insurance company that covered new construction to
19       inquire.  I knew there was going to be a problem as
20       soon as he got hurt and there was -- stuff was going to
21       hit the fan so to speak.  And so I knew that there was
22       going to have to be coverage coming from somewhere for
23       him and so that avenue is what I pursued first.  And
24       his insurance company for job site insurance, Allstate,
25       told him to tell me that I needed to contact my

Exhibit  4
Page  24  of  28  Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska  99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of

-46-

| | | |
|---|---|---|
| 1 | A | That -- there again, I didn't say that, John said that. |
| 2 | | Right? |
| 3 | Q | The insured is you. |
| 4 | A | Oh, okay, I thought you said John said that. |
| 5 | Q | No. |
| 6 | A | I guess indirectly he was. But I was managing all the |
| 7 | | pr -- you know, I was managing the whole thing, Paul |
| 8 | | didn't have anything to do with that. And so I guess |
| 9 | | indirectly he was working as a subcontractor for the |
| 10 | | owner but directly he was working for me. |
| 11 | Q | Okay. I just want to go back. You said that you |
| 12 | | didn't file a report of injury because there wasn't any |
| 13 | | paperwork in your office. Is there any other reason |
| 14 | | why you didn't file a report of injury? |
| 15 | A | At that time I didn't consider him an employee. |
| 16 | Q | Okay. And is -- at that time did you consider him an |
| 17 | | independent contractor? |
| 18 | A | Yes, I did. |
| 19 | Q | Okay. And do you have relationship with other people |
| 20 | | that is similar to Mr. Watson? In terms of..... |
| 21 | A | Then? |
| 22 | Q | .....being an independent contractor. |
| 23 | A | Then or now? Oh, independent contractors? Sure, but |
| 24 | | now I really stress on my office to -- and any subs |
| 25 | | that I want to see insurance papers before work is |

Exhibit 4
Page 25 of 28 Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved. This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-47-

| | | |
|---|---|---|
| 1 | | done..... |
| 2 | Q | Okay. |
| 3 | A | .....before they're out on the job site. |
| 4 | Q | Let me ask you this.  He -- you said that he charged 20 |
| 5 | | foot -- $20.00 per square. |
| 6 | A | Yeah, I think it was $20.00, I -- it's $20.00 or |
| 7 | | $25.00, I think it was $20.00. |
| 8 | Q | Is that inexpensive compared to the market? |
| 9 | A | Yes. |
| 10 | Q | About how much? |
| 11 | A | Well, it depends on who you talk to.  It's such a |
| 12 | | variable rate.  You can see anywhere from $20.00 with |
| 13 | | John up to $65.00. |
| 14 | Q | What would you think is -- I mean you were ta -- you |
| 15 | | mentioned that you had used this other company.  Do you |
| 16 | | recall how much they charged? |
| 17 | A | $65.00. |
| 18 | Q | Okay. |
| 19 | A | But that was hired in the peak of summer, I was in a |
| 20 | | bind, I had to find somebody.  I don't normally pay |
| 21 | | that high price. |
| 22 | Q | Okay.  What do you think is more the norm for what you |
| 23 | | pay? |
| 24 | A | $20.00 is a good price and that's why I had him doing |
| 25 | | it.  $30.00 is a fair price. |

Exhibit 4
Page 26 of 28 Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-48-

```
1   Q    Okay.  Do you think that the price might have been low
2        because he doesn't have insurance?
3   A    Maybe.
4   Q    Okay.
5   A    He's also doing it, you know, on the side and he -- and
6        when you undercut everybody else you're going to have a
7        lot of work and you do a halfway decent job and he did
8        a pretty good job.
9   Q    Okay.  And when you say he was doing it on the side do
10       you mean because he was a janitor during the rest of
11       the year?
12  A    Because he had a full-time job.  On -- other than that,
13       yeah.
14  Q    Did Mr. Watson ask you to file a notice of injury?
15  A    He did.
16  Q    And when did he ask you to do that?
17  A    What was the date of the accident?
18  Q    Like April 29th I think or April 30th, one of the two.
19  A    Approximately.....
20       MR. FLANIGAN:  I think it's April 29th.
21  A    Approximately two to three days after that.
22  Q    Did he call you?
23  A    I believe he did.  I got a bunch of messages on my
24       phone after I got to where I had cell coverage again.
25  Q    And what did you tell him?
```

Exhibit 4
Page 27 of 28 Pages

KRON ASSOCIATES COURT REPORTING
1113 W. Fireweed Lane, Suite 200
Anchorage, Alaska 99503
(907) 276-3554

All rights reserved.  This transcript must not be reproduced in any form without the written permission of Kron Associates Court Reporting.

-59-

| | | |
|---|---|---|
| 1 | Q | .....if you paid by the shingle. |
| 2 | A | I did. |
| 3 | Q | That's the way you figured the cost of the roof. |
| 4 | A | Yes. |
| 5 | Q | Okay. |
| 6 | A | And I also hired him to -- I hired him to do the whole |
| 7 | | roof system, yes. I believe I hired him to black it |
| 8 | | out and shingles are -- usually come with drip edge. |
| 9 | Q | Okay. And is that all included in the price of the |
| 10 | | shingles? |
| 11 | A | Usually black out is aside from that. |
| 12 | Q | And how do you figure out how to pay him for that? |
| 13 | A | Usually that's a time and materials thing. |
| 14 | Q | Okay. And did you buy the materials or did he? |
| 15 | A | Always, I buy the materials. |
| 16 | Q | Okay. So just his time putting it down. |
| 17 | A | That's right. |
| 18 | Q | I think I'm just about done. |
| 19 | | (Pause) |
| 20 | Q | On the jobs that Mr. Watson worked for you when you |
| 21 | | were in Fairbanks did he provide most of his equipment? |
| 22 | A | Yes. Most of the time. |
| 23 | Q | I don't have anything else. |
| 24 | | MR. STOCKLER: Mike, anything further? |
| 25 | | REDIRECT EXAMINATION |

Exhibit 4
Page 28 of 28 Pages