IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TIMOTHY M. SONNENBERG, T S CONSTRUCTION, INC., JOHN WATSON AND AMERICAN INTERSTATE INSURANCE COMPANY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) Case No.: 3:06-cv-00055-TMB |

**DEFENDANT AMERICAN INTERSTATE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE <u>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

Defendant, American Interstate Insurance Company, by and through its counsel, DeLISIO MORAN GERAGHTY & ZOBEL, moves for an unopposed extension of time to file its opposition to Great Divide's Motion of Summary Judgment in this matter to be due January 31, 2007. Defendant's opposition is currently due January 17, 2007.

//

//

//

//

//

DeLisio Moran
Geraghty & Zobel,
P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
——
(907) 279-9574

108048 – Unopposed Motion for Extension of Time
*Great Divide v. American Interstate, et al.;* Case No. 3:06-cv-00055-TMB; Page 1 of 2

DATED this 17th day of January, 2007, at Anchorage, Alaska.

>DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
>Attorneys for Defendant
>American Interstate Insurance Company
>
>
>By: s/ Michael C. Geraghty
>   Michael C. Geraghty
>   Bar No. 7811097
>   E-Mail: mgeraghty@dmgz.com
>   943 West 6th Avenue
>   Anchorage, Alaska 99501
>   Telephone: (907) 279-9574
>   Facsimile: (907) 276-4231

This is to certify that a true copy of the
foreground was served via electronic service
or U.S. Mail this 17th day of January, 2007,
to the following:

| | |
|---|---|
| Michael W. Flanigan, Esq. | Roger F. Holmes, Esq. |
| Walther & Flanigan | Bliss & Holmes |
| Resolution Plaza | 3948 Clay Products Dr. |
| 1029 W. 3rd Ave., Ste. 250 | Anchorage, AK 99517-1014 |
| Anchorage, AK 99501 | |

Paul D. Stockler, Esq.
1309 W. 16th Ave.
Anchorage, AK 99501

By   /s/ Jeannette Gibbons

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
943 WEST 6TH AVENUE
ANCHORAGE, ALASKA 99501-2033
(907) 279-9574

108048 – Unopposed Motion for Extension of Time
*Great Divide v. American Interstate, et al.*; Case No. 3:06-cv-00055-TMB; Page 2 of 2