IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| TIMOTHY M. SONNENBERG, T S CONSTRUCTION, INC., JOHN WATSON AND AMERICAN INTERSTATE INSURANCE COMPANY, | ) ) ) ) ) |
| Defendants. | ) Case No.: 3:06-cv-00055-TMB ) |

**[Proposed] ORDER GRANTING DEFENDANT AMERICAN INTERSTATE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

The Court, having reviewed the unopposed motion for extension of time of Defendant American Interstate Insurance Company, finds as follows:

Defendant's Motion for Extension of Time is **GRANTED**. Defendant's opposition to Plaintiff's Motion for Summary Judgment is due January 31, 2007.

DATED: _____     _____
                                  Honorable Timothy M. Burgess
                                  U.S. DISTRICT COURT JUDGE

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

108039 – Order Granting Extension of Time
*Great Divide v. American Interstate, et al.;* Case No. 3:06-cv-00055-TMB; Page 1 of 2

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 17th day of January, 2007,
to the following:

Michael W. Flanigan, Esq.          Roger F. Holmes, Esq.
Walther & Flanigan                 Bliss & Holmes
Resolution Plaza                   3948 Clay Products Dr.
1029 W. 3rd Ave., Ste. 250         Anchorage, AK 99517-1014
Anchorage, AK 99501

Paul D. Stockler, Esq.
1309 W. 16th Ave.
Anchorage, AK 99501


By    /s/ Jeannette Gibbons

DELISIO MORAN
GERAGHTY & ZOBEL,
P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

108039 – Order Granting Extension of Time
*Great Divide v. American Interstate, et al.;* Case No. 3:06-cv-00055-TMB; Page 2 of 2