IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| TIMOTHY M. SONNENBERG, T S CONSTRUCTION, INC., JOHN WATSON AND AMERICAN INTERSTATE INSURANCE COMPANY, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) Case No.: 3:06-cv-00055-TMB<br>) |

**AFFIDAVIT IN SUPPORT OF MOTION FOR
EXTENSION OF TIME TO REPLY TO PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT**

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

Nora G. Barlow, being first duly sworn, deposes and says:

1. I am co-counsel of record for Defendant American Interstate Insurance Company ("AIIC").

2. Defendant has requested an extension of time to reply to Plaintiff's Motion for Summary Judgment.

3. Plaintiff's counsel has indicated it does not object to a two-week extension of time for Defendant AIIC to file its opposition to the Motion for Summary Judgment moving the response time to January 31, 2007.

DELISIO MORAN
GERAGHTY & ZOBEL,
P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

FURTHER AFFIANT SAYETH NAUGHT.

/s/ Nora G. Barlow
NORA G. BARLOW
Bar No. 9306024
DeLisio Moran Geraghty & Zobel, P.C.
943 West Sixth Avenue
Anchorage, AK  99501
Telephone: (907) 279-9574
Facsimile: (907) 276-4231

SUBSCRIBED AND SWORN to before me this 17th day of January, 2007.



/s/ Jeannette Gibbons
Notary Public in and for Alaska
My Commission Expires: 9/1/10

This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 17th day of January, 2007, to the following:

Michael W. Flanigan, Esq.
Walther & Flanigan
Resolution Plaza
1029 W. 3rd Ave., Ste. 250
Anchorage, AK 99501

Roger F. Holmes, Esq.
Bliss & Holmes
3948 Clay Products Dr.
Anchorage, AK 99517-1014

Paul D. Stockler, Esq.
1309 W. 16th Ave.
Anchorage, AK 99501

By    /s/ Jeannette Gibbons

DELISIO MORAN
GERAGHTY & ZOBEL,
P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574