Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendants
Timothy M. Sonnenberg and
T.S. Construction, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **GREAT DIVIDE INSURANCE COMPANY,** | )<br>)<br>) NO.: 3:06-cv-00055  TMB |
| **Plaintiff,** | )<br>) |
| v. | )<br>) |
| **TIMOTHY M. SONNENBERG, T S CONSTRUCTION, INC. and JOHN WATSON and AMERICAN INTERSTATE INSURANCE COMPANY,** | ) **DEFENDANTS TIMOTHY M.**<br>) **SONNENBERG AND T.S.**<br>) **CONSTRUCTION'S MOTION**<br>) **TO STAY RULING** |
| **Defendants.** | ) |

COME NOW defendants, Timothy M. Sonnenberg and T.S. Construction, Inc., by and through counsel, Paul D. Stockler, and hereby move this court for an order staying the ruling on Plaintiff Great Divide Insurance Company's Motion for Summary Judgment.

Defendants request this stay as a result of a Motion for Summary Judgment on the Issue of Employer/Employee Status having been filed in the underlying Superior Court case of Watson v.

Sonnenberg, et al., 4FA-05-2691 CI.  A stay of the ruling on Great Divide's motion is necessary while the parties await a decision on the motion in the underlying case.

DATED this 30th day of January, 2007 at Anchorage, Alaska.

```
                    LAW OFFICE OF PAUL D. STOCKLER
                    Counsel for Defendants
                    Timothy M. Sonnenberg and T.S.
                    Construction, Inc.

                    By: s/ Paul D. Stockler
                        1309 W. 16th Avenue
                        Anchorage, Alaska  99501
                        Phone: (907) 277-8564
                        Fax: (907) 272-4877
                        E-mail: paulstockler@aol.com
                        Alaska Bar No.: 8606032
```

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2007, a true and correct copy of the foregoing document was served electronically on the following:

Roger F. Holmes
Michael W. Flanigan
Michael C. Geraghty

s/ Paul D. Stockler

Law Office of Paul D. Stockler
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877