Paul D. Stockler
ABA No. 8606032
Law Office of Paul D. Stockler
1309 West 16th Avenue
Anchorage, Alaska  99501
(907) 277-8564
(907) 272-4877/Facsimile
E-mail:  paulstockler@aol.com

Counsel for Defendants
Timothy M. Sonnenberg and
T.S. Construction, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| **GREAT DIVIDE INSURANCE COMPANY,** | )<br>)<br>) NO.: 3:06-cv-00055  TMB |
| **Plaintiff,** | )<br>) |
| v. | )<br>) |
| **TIMOTHY M. SONNENBERG, T S CONSTRUCTION, INC. and JOHN WATSON and AMERICAN INTERSTATE INSURANCE COMPANY,** | ) [PROPOSED] ORDER GRANTING<br>) DEFENDANTS TIMOTHY M.<br>) SONNENBERG AND T.S.<br>) CONSTRUCTION'S MOTION<br>) TO STAY RULING |
| **Defendants.** | )<br>) |

This matter, having come before the court upon defendants, Timothy M. Sonnenberg and T.S. Construction, Inc.'s Motion to Stay Ruling, the court having reviewed any opposition thereto, and being fully advised,

IT IS ORDERED that Defendants' Motion to Stay Ruling is GRANTED and a ruling on Great Divide's Motion for Summary Judgment is hereby stayed until a ruling has been made on the Motion for Summary Judgment on the Issue of Employer/Employee

Status in the underlying Superior Court case of Watson v. Sonnenberg, et al., 4FA-05-2691 CI.

DATED this _____ day of _____, 2007.

_____
The Honorable Timothy M. Burgess
Judge of the U.S. District Court

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of January, 2007, a true and correct copy of the foregoing document was served electronically on the following:

Roger F. Holmes
Michael W. Flanigan
Michael C. Geraghty

s/ Paul D. Stockler

**Law Office of Paul D. Stockler**
1309 W. 16th Avenue
Anchorage, Alaska 99501
(907) 277-8564 fax (907) 272-4877

Great Divide Ins. Co. v. Sonnenberg, et al.                            3:06-cv-00055 TMB
Proposed Order Granting Defendants' Motion to Stay Ruling              Page 2 of 2