IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>TIMOTHY M. SONNENBERG, )<br>T S CONSTRUCTION, INC., JOHN )<br>WATSON AND AMERICAN INTERSTATE )<br>INSURANCE COMPANY, )<br>)<br>        Defendants. )<br>_____ ) | Case No.: 3:06-cv-00055-TMB |

**DEFENDANT AMERICAN INTERSTATE INSURANCE COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO OPPOSE <u>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>**

      Defendant, American Interstate Insurance Company, by and through its counsel, DeLISIO MORAN GERAGHTY & ZOBEL, moves for an unopposed extension of time to file its opposition to Great Divide's Motion of Summary Judgment in this matter to be due February 9, 2007.  Defendant's opposition is currently due January 31, 2007.

      //

      //

      //

DeLisio Moran Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
——
(907) 279-9574

108319 – Unopposed Motion for Extension of Time
*Great Divide v. American Interstate, et al.;* Case No. 3:06-cv-00055-TMB; Page 1 of 2

DATED this 30th day of January, 2007, at Anchorage, Alaska.

                                        DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                                      Attorneys for Defendant
                                      American Interstate Insurance Company

By: s/ Michael C. Geraghty
    Michael C. Geraghty
    Bar No. 7811097
    E-Mail: mgeraghty@dmgz.com
    943 West 6th Avenue
    Anchorage, Alaska 99501
    Telephone: (907) 279-9574
    Facsimile: (907) 276-4231

This is to certify that a true copy of the
foregoing was served via electronic service
or U.S. Mail this 30th day of January, 2007,
to the following:

Michael W. Flanigan, Esq.    Roger F. Holmes, Esq.
Walther & Flanigan            Bliss & Holmes
Resolution Plaza              3948 Clay Products Dr.
1029 W. 3rd Ave., Ste. 250   Anchorage, AK 99517-1014
Anchorage, AK 99501

Paul D. Stockler, Esq.
1309 W. 16th Ave.
Anchorage, AK 99501

By   /s/ Jeannette Gibbons

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
(907) 279-9574

108319 – Unopposed Motion for Extension of Time
*Great Divide v. American Interstate, et al.;* Case No. 3:06-cv-00055-TMB; Page 2 of 2