IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>v.<br><br>TIMOTHY M. SONNENBERG, T S CONSTRUCTION, INC., JOHN WATSON AND AMERICAN INTERSTATE INSURANCE COMPANY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 3:06-cv-00055-TMB<br>) |

## DEFENDANT AMERICAN INTERSTATE INSURANCE COMPANY'S NON-OPPOSITION TO DEFENDANTS SONNENBERG AND T.S. CONSTRUCTION'S MOTION TO STAY RULING

COMES NOW Defendant, American Interstate Insurance Company, by and through its counsel, DeLISIO MORAN GERAGHTY & ZOBEL, P.C., and states its non-opposition to Defendants, Timothy M. Sonnenberg and T.S. Construction's motion to stay ruling dated 01/30/07 and lodged at Docket 31.

    //

    //

    //

DeLisio Moran Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
——
(907) 279-9574

DATED this 5th day of February, 2007, at Anchorage, Alaska.

           DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
           Attorneys for Defendant
           American Interstate Insurance Company


           By: /s/ Michael C. Geraghty
              Michael C. Geraghty
              Bar No. 7811097
              E-Mail: mgeraghty@dmgz.com
              943 West 6th Avenue
              Anchorage, Alaska 99501
              Telephone: (907) 279-9574
              Facsimile: (907) 276-4231


This is to certify that a true copy of the foregoing was served via electronic service or U.S. Mail this 5th day of February, 2007, to the following:

| | |
|---|---|
| Michael W. Flanigan, Esq.<br>Walther & Flanigan<br>Resolution Plaza<br>1029 W. 3rd Ave., Ste. 250<br>Anchorage, AK 99501 | Roger F. Holmes, Esq.<br>Bliss & Holmes<br>3948 Clay Products Dr.<br>Anchorage, AK 99517-1014 |

Paul D. Stockler, Esq.
1309 W. 16th Ave.
Anchorage, AK 99501


/s/ Jean K. Adams
By _____
  Jean K. Adams

DELISIO MORAN GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

00108407.doc – Non-opposition to Motion to Stay Ruling
*Great Divide v. American Interstate, et al.;* Case No. 3:06-cv-00055-TMB; Page 2 of 2