Roger F. Holmes, Esq.
BISS & HOLMES
3948 Clay Products Drive
Anchorage, Alaska 99517
Telephone: (907) 248-8013
Facsimile: (907) 243-6695
E-mail: roger.bh@gci.net
Attorneys for Plaintiff
Great Divide Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GREAT DIVIDE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>Timothy M. Sonnenberg, T.S. Construction, Inc. and John Watson and American Interstate Insurance Company,<br><br>        Defendants. | Case No. 3:06-CV-00055 TMB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal R. Civ. P. 41(a)(1), the parties hereby stipulate and agree to the dismissal with prejudice of all claims between plaintiff and defendants in this action, with each side to bear its own costs and attorney's fees.

DATED: 01/10/08                     BISS & HOLMES
                                    Attorneys for Plaintiff
                                    GREAT DIVIDE INSURANCE CO.

                                    s/Roger F. Holmes
                                    3948 Clay Products Drive
                                    Anchorage, Alaska 99517-1014
                                    (907) 248-8013 Phone
                                    (907) 243-6695 Fax
                                    E-mail: roger.bh@gci.net
                                    AK Bar No. 7011060


DATED: 01/10/08                     LAW OFFICES OF PAUL D.
                                    STOCKLER, Attorneys for
                                    Defendant Timothy Sonnenberg
                                    and T.S. Construction

                                    s/Paul D. Stockler
                                    1309 W. 16th Avenue
                                    Anchorage, Alaska 99501
                                    (907) 277-8564 Phone
                                    (907) 272-4877 Fax
                                    E-mail: paulstockler@aol.com
                                    AK Bar No. 8606032

DATED: 01/10/08                     WALTHER & FLANIGAN
                                    Attorneys for Defendant
                                    John Watson

                                    s/Michael W. Flanigan
                                    1029 W. 3rd Avenue, #250
                                    Anchorage, Alaska 99501
                                    (907) 279-9999 Phone
                                    (907) 258-3804 Fax
                                    E-mail: waltherflanigan@cs.com
                                    AK Bar No. 7710114




STIPULATION FOR DISMISSAL
GREAT DIVIDE V. SONNENBERG ET AL.
CASE NO. 3:06-CV-00055 TMB          2

DATED: 01/10/08

DELISIO MORAN GERAGHTY & ZOBEL, PC, Attorneys for Defendant American Interstate Insurance Company

s/Michael C. Geraghty
943 W. 6th Avenue, #400
Anchorage, Alaska 99501
(907) 279-9574 Phone
(907) 276-4231 Fax
E-mail: jgibbons@dmgz.com
AK Bar No. 7811097

Certificate of Service
I hereby certify that on January 10, 2008, a copy of foregoing Stipulation for Dismissal With Prejudice was served electronically on:

Michael W. Flanigan, Esq.
Michael C. Geraghty, Esq.
Paul D. Stockler, Esq.

s/Roger F. Holmes